# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| WALKER RIVER PAIUTE TRIBE, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | |
| ) | IN EQUITY NO. C-125-ECR |
| WALKER RIVER IRRIGATION ) | Sub-proceedings: C-125-B & C-125-C |
| DISTRICT, et al., ) | 3:73-cv-00127-ECR-LRL |
| ) | 3:73-cv-00128-ECR-LRL |
| Defendants. ) | |
| ──────────────────────── ) | |
| MINERAL COUNTY, ) | **O R D E R** |
| ) | |
| Proposed-Plaintiff-Intervenor ) | |
| ) | |
| v. ) | |
| ) | |
| THE WALKER RIVER IRRIGATION ) | |
| DISTRICT, et al., ) | |
| ) | |
| Proposed Defendants. ) | |
| ──────────────────────── ) | |

This case comes before the court on the Joint Motion of Mineral County, Walker River Paiute Tribe, and the United States to Set Status Conference on Pending Issues (#1591). The court has considered the Joint Motion, the Walker River Irrigation District's Response (#1592), the Joinder of Circle Bar B Ranch (#1593), and the Joint Reply of Plaintiff Parties (#1596). For good cause shown,

IT IS ORDERED that the Joint Motion of Mineral County, Walker River Paiute Tribe, and the United States to Set Status Conference on Pending Issues (#1591) is granted. A telephonic status conference on both sub-proceedings will be conducted on **TUESDAY, OCTOBER 19, 2010, at 1:30**

1 **P.M.** Counsel are directed to call into the court's "meet-me" line at **702-464-5625** five(5) minutes
2 before the commencement of the conference.
3     IT IS FURTHER ORDERED that the United States shall consult with the other plaintiff parties
4 and the primary defendants to prepare and submit a proposed agenda for the conference not later than
5 **October 8, 2010**.
6     DATED this 20th day of September, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**