1  Simeon M. Herskovits, Nevada Bar No. 11155
   Advocates for Community and Environment
2  P.O. Box 1075
   El Prado, New Mexico 87529
3  (575) 758-7202
   simeon@communityandenvironment.net
4  *Attorney for Mineral County, Nevada*

5

6              **UNITED STATES DISTRICT COURT**
                 **FOR THE DISTRICT OF NEVADA**
7

8  UNITED STATES OF AMERICA,              )
                                          )
9              Plaintiff,                 )
                                          )        IN EQUITY NO. C-125-ECR
10 WALKER RIVER PAIUTE TRIBE,             )        Subproceedings: C-125-B & C-125-C
                                          )        3:73-CV-00127-ECR- LRL &
11             Plaintiff-Intervenor,      )        3:73-CV-00128-ECR- LRL
           vs.                            )
12                                        )
13 WALKER RIVER IRRIGATION DISTRICT,      )        **UNOPPOSED MOTION FOR**
   a corporation, et al.,                 )        **EXTENSION OF TIME TO FILE**
14                                        )        **RESPONSE TO WALKER RIVER**
               Defendants.                )        **IRRIGATION DISTRICT'S**
15 _____)        **OBJECTIONS TO RULINGS OF**
                                          )        **MAGISTRATE JUDGE WITH**
16 MINERAL COUNTY,                        )        **RESPECT TO REVISED**
                                          )        **PROPOSED ORDERS AND**
17             Proposed-Plaintiff-Intervenor, )    **AMENDED ORDERS**
           vs.                            )        **CONCERNING SERVICE ISSUES**
18                                        )        **PERTAINING TO DEFENDANTS**
   WALKER RIVER IRRIGATION DISTRICT       )        **WHO HAVE BEEN SERVED**
19 a corporation, et al.                  )
                                          )        ORDER GRANTING
20             Proposed Defendants.       )
21 _____)

22         Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 6-1 and LR 6-2,

23 counsel for the Mineral County moves the Court for an order extending the time for the Walker

24 River Paiute Tribe, United States of America, and Mineral County ("Plaintiff Parties") to file

25 their response to the Walker River Irrigation District's Objections to Rulings of Magistrate Judge

26

27 With Respect to Revised Proposed Orders and Amended Orders Concerning Service Issues

28 C-125-B/C-125-C:  Mineral County Request for Extension
                              1

Pertaining to Defendants Who Have Been Served ("WRID's objections") (C-125-B Docs. 1652 & 1653; C-125-C Docs. 543 & 544) from on or before September 29, 2011, to on or before December 2, 2011.

In support of this Motion, counsel for Mineral County represents the following to the Court:

1. At the request of Plaintiff Parties, Magistrate Judge Leavitt held a telephonic status conference on October 19, 2010, for the purpose of addressing pending service issues. (Order, C-125-B Doc. 1598; C-125-C Doc. 512).

2. Pursuant to the status conference and by Stipulation and Order dated December 9, 2010, and December 15, 2010, respectively, the Court established a schedule for filing proposed service cutoff and successor-in-interest orders in C-125-B and C-125-C as well as memoranda related to objections, if any, to the proposed orders. (C-125-B Doc. 1616; C-125-C Doc. 518).

3. Pursuant to the Court's direction, on November 30, 2010, the United States and Walker River Paiute Tribe filed a proposed Service Cut-Off order in subproceeding C-125-B and the United States, Walker River Paiute Tribe, and Mineral County filed joint proposed Successor-in-Interest Orders in subproceedings C-125-B and C-125-C. (C-125-B Docs. 1613 & 1614; C-125-C Doc. 516).

4. In late 2010 and early 2011, the Court extended the filing deadlines related to the proposed orders three times, twice for Primary Defendants and once for the Plaintiff Parties. (C-125-B Docs. 1617, 1620, 1627; C-125-C Docs. 519, 521, 528).

5. After briefing in early 2011, on August 24, 2011, Magistrate Judge Leavitt issued identical Revised Proposed Orders Concerning Service Issues Pertaining to Defendants

Who Have Been Served in both subproceedings 125-B and 125-C.  (C-125-B Doc. 1649, C-125-C Doc. 540).

6.  On August 26, 2011, Magistrate Judge Leavitt issued an Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceeding C-125-B.  (C-125-B Doc. 1650).

7.  On September 6, 2011, Magistrate Judge Leavitt issued an identical Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served in subproceeding C-125-C.  (C-125-C Doc. 542).

8.  The amended orders contained attachments not included in the August 24, 2011, orders, but are otherwise identical to the August 24 orders.

9.  On September 12, 2011, WRID filed Objections to Rulings of Magistrate Judge With Respect to Revised Proposed Orders and Amended Orders Concerning Service Issues Pertaining to Defendants Who Have Been Served, challenging the Magistrate Judge's August 24, August 26, and September 6 orders.  (C-125-B Docs. 1652 & 1653; C-125-C Docs. 543 & 544).

10.  On that same day, Circle Bar N Ranch, LLC, and Mica Farms, LLC joined in WRID's objections.  (C-125-B Doc. 1654; C-125-C Doc. 545).

11.  Pursuant to LR IB 3-1 and Rule 6(d) of the Federal Rules of Civil Procedure, the deadline for responses to WRID's objections is September 29, 2011.

12.  Just as the three Plaintiff Parties submitted joint filings on successor-in-interest issues before Magistrate Judge Leavitt, the Walker River Paiute Tribe, United States of America, and Mineral County plan to submit a joint response to WRID's objections and will need to work collaboratively on that response.

C-125-B/C-125-C:  Mineral County Request for Extension

3

13. Attorneys for Mineral County currently are preparing for a six (6) week administrative hearing, effectively a trial, before the Nevada State Engineer that is set to begin September 26, 2011, and will run through November 18, 2011, with a two week intermission in late October during which time counsel for Mineral County will be engaged in intense preparation for the second half of the hearing.

14. Counsel for Mineral County is coordinating work on the joint response with counsel for the United States and Walker River Paiute Tribe, and will endeavor to accomplish as much as possible during the intermission in the State Engineer's administrative hearing in order to file the joint response as soon as possible.

15. However, due to the intensity and level of preparation required for that hearing, counsel for Mineral County likely will not have sufficient time to ensure that Mineral County's interests and positions are adequately addressed in the response to WRID's objections until after the completion of the hearing and the Thanksgiving holiday that immediately follows.

16. Therefore, Mineral County requests an extension until December 2, 2011, in which to file a joint response to WRID's objections.

17. Counsel for Mineral County has contacted counsel for Primary Defendants concerning this request for an extension and none of the Primary Defendants has objected to it..

C-125-B/C-125-C:  Mineral County Request for Extension

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOW, THEREFORE, based upon the foregoing, Mineral County respectfully requests that the Court grant this Unopposed Motion, and extend the time for Plaintiff Parties to file their response to WRID's objections, to on or before December 2, 2011, which would give counsel for Mineral County sufficient time to work with the United States and Walker River Paiute Tribe to prepare that response.

Respectfully submitted this 23rd day of September, 2011,

ADVOCATES FOR COMMUNITY &
ENVIRONMENT

By:   /s/
        Simeon M. Herskovits
        Nevada Bar No. 11155
        P.O. Box 1075
        El Prado, New Mexico 87529
        *Attorney for Mineral County*

## ORDER

Dated:  September 28, 2011.                    .

IT IS SO ORDERED.

United States District Judge

C-125-B/C-125-C:  Mineral County Request for Extension

5

### CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2011, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF MAGISTRATE JUDGE WITH RESPECT TO REVISED PROPOSED ORDERS AND AMENDED ORDERS CONCERNING SERVICE ISSUES PERTAINING TO DEFENDANTS WHO HAVE BEEN SERVED** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following via their email addresses:

Marta A. Adams
madams@ag.nv.gov pyoung@ag.nv.gov

Gregory W. Addington
greg.addington@usdoj.gov judy.farmer@usdoj.gov joanie.silvershield@usdog.gov

George N. Benesch
gbenesch@sbcglobal.net

Gordon H. DePaoli
gdepaoli@woodburnandwedge.com

Dale E. Ferguson
dferguson@woodburnandwedge.com

Simeon M. Herskovits
simeon@communityandenvironment.net

John W. Howard
john@jwhowardattorneys.com, elisam@jwhowardattorneys.com

Erin K. L. Mahaney
emahaney@waterboards.ca.gov

Ross E. de Lipkau
RdeLipkau@parsonsbehle.com, LBagnall@parsonsbehle.com; ecf@parsonsbehl.com

David L. Negri
David.negri@usdoj.gov

Michael Neville

C-125-B/C-125-C: Mineral County Request for Extension

6

michael.neville@doj.ca.gov, cory.marcelino@doj.ca.gov

Karen A. Peterson
kpeterson@allisonmackenzie.com, egarrison@allisonmackenzie.com

Todd A. Plimpton
tplimpton@msn.com

Laura A. Schroeder
counsel@water-law.com

Stacey Simon
ssimon@mono.ca.gov

Wes Williams, Jr.
wwilliams@standordalumni.org

Cheri Emm-Smith
districtattorney@mineralcountynv.org

William E. Schaeffer
Lander_lawyer@yahoo.com

Bryan L. Stockton
blstockt@ag.state.nv.us.gov, payoung@agstate.nv

Stuart David Hotchkiss
david.hotchkiss@ladwp.com

Paul J. Anderson
panderson@mclrenolaw.com

Richard W. Harris
rharris@gbis.com

John Paul Schlegelmilch
jpslaw@netscape.com

Michael R. Montero
mrm@eloreno.com

Julian C. Smith, Jr.
joylyn@smithandharmer.com

Gene M. Kaufman
GKaufmann@mindenlaw.com

C-125-B/C-125-C:  Mineral County Request for Extension

J.D. Sullivan
jd@mindenlaw.com

Charles S. Zumpft
zumpft@brooke-shaw.com

Harry W. Swainston
hwswainston@earthlink.net

Malissa Hathaway McKeith
mckeith@lbbslaw.com

Sheri M. Thome
Sheri.thome@wilsonelser.com

Marvin W. Murphy
marvinmurphy@sbcglobal.net

Brian Chally
brian.chally@lvvwd.com

Kirk C. Johnson
kirk@nvlawyers.com

G. David Robertson
gdavid@nvlawyers.com

Louis S. Test
twallace@htag.reno.nv.us

T. Scott Brooke
brooke@brooke-shaw.com

William J. Duffy
William.duffy@dgslaw.com

Michael D. Hoy
mhoy@nevadalaw.com

Debbie Leonard
dleonard@mcdonaldcarano.com

Michael F. Mackedon
falonlaw@phonewave.net

C-125-B/C-125-C: Mineral County Request for Extension

8

1   Donald B. Mooney
    dbmooney@dcn.org
2
3   Erick Soderlund
    esoderlu@water.ca.gov
4
5   Don Springmeyer
    dspringmeyer@wrslawyers.com
6
7   James Spoo
    spootoo@aol.com, jjrbau@hotmail.com
8
    Lynn Steyaert
9   lls@water-law.com

10  Michael A. Pagni
    mpagni@mcdonaldcarano.com
11
12  Noelle R. Gentilli
    ngentill@water.ca.gov
13
14  Sylvia L. Harrison
    sharrison@mcdonaldcarano.com
15
    Brad M. Johnston
16  bjohnston@hollandandhart.com, RenoFedECF@halelane.com, btoriyama@halelane.com,
    carnold@halelane.com, cpulsipher@halelane.com, eford@hollandandhart.com
17
    Stephen M. Macfarlane
18  Stephen.Macfarlane@usdoj.gov, deedee.sparks@usdoj.gov

19  Marshall Rudolph
    mrudolph@mono.ca.gov
20
21  Susan L. Schneider
    susan.schneider@usdoj.gov
22
23  Gary Stone
    jaliep@aol.com
24
    and I further certify that I served or caused to have served a true and correct copy of the
25
    foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**
26
    **TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF**
27

28  C-125-B/C-125-C:  Mineral County Request for Extension

**MAGISTRATE JUDGE WITH RESPECT TO REVISED PROPOSED ORDERS AND**

**AMENDED ORDERS CONCERNING SERVICE ISSUES PERTAINING TO DEFENDANTS**

**WHO HAVE BEEN SERVED** on the following non-CM/ECF participants by U.S Mail, postage

prepaid, this 23rd day of September, 2011.

Ken Spooner
Walker River Irrigation District
P.O. Box 820
Yerington, NV  89447

Jason King
State Engineer – Division of Water Resources
State of Nevada
901 S. Stewart Street
Carson City, NV  89701


John Kramer
Department of Water Resources
1416 Ninth Street, Room 1118
Sacramento, CA  94814

Jim Shaw
Chief Dep. Water Commissioner
U.S. Board of Water Commissioners
P.O. Box 853
Yerington, NV  89447

Robert L. Hunter, Superintendent
Western Nevada Agency
Bureau of Indian Affairs
311 E. Washington Street
Carson City, NV  89701-4065

Jeff Parker, Deputy Atty General
Office of the Attorney General
100 N. Carson St.
Carson City, NV 89701-4717

Leo Drozdoff
Dept. of Conservation & Natural Resources
State of Nevada
901 S. Stewart Street
Carson City, NV  89701

Michael F. Mackedon
P.O. Box 1203
179 South LaVerne Street
Fallon, NV 89407

Nathan Goedde
Staff Counsel
California Dept. of Fish & Game
1416 Ninth Street, Suite 1335
Sacramento, CA  95814

Kelly R. Chase
1700 County Road, Suite A
P.O. Box 2800
Minden, NV  89423

Michael D. Hoy
Bible Hoy & Trachok
201 West Liberty Street, Third Floor
Reno, NV 89511

Wesley G. Beverlin
Malissa Hathaway McKeith
Lewis, Brisbois, Bisgaard & Smith LCP
221 N. Figueroa St., Suite 1200
Los Angeles, CA 90012

C-125-B/C-125-C:  Mineral County Request for Extension

District Attorney for Lyon County
31 South Main Street
Yerington, NV  89447

Timothy A. Lukas
P.O. Box 3237
Reno, NV 89505

Weaver Revocable Trust Agreement, William
M. Jr. & Rosemary F. Weaver, Trustees
510 Hwy. 338
Wellington, NV 89444

William J Shaw
Brooke & Shaw, Ltd.
1590 Fourth Street
P.O. Box 2860
Minden, NV 89423

Thomas J. Hall, Esq.
Post Office Box 3948
305 S. Arlington Ave.
Reno, NV 89505

Adah Blinn and John Hargus Trust, Robert
Lewis Cooper, Trustee
984 Hwy 208
Yerington, NV 89447

Scott H. Shackelton
Law Offices of Scott Shackelton
4160 Long Knife Road
Reno, NV 89509

Richard B. Nuti
P.O. Box 49
Smith, NV 89430

Casino West
Lawrence B. Masini, RA
11 North Main Street
Yerington, NV 89447

R.A. Palayo
5336 Awbury7 Ave.
Las Vegas, NV 89110

Domenici 1991 Family Trust
Lona Marie Domenici-Reese
P.O. Box 333
Yerington, NV 89447

Charles Price
24 Panavista Circle
Yerington, NV 89447

Theodore A. and Annette M. Emens
5A W. Pursel Lane
Yerington, NV 89447

John Gustave Ritter III
34 Aiazzi Lane
Yerington, NV 89447

L & M Family Limited Partnership
Rife Sciarani & Co, RA
22 HWY 208
Yerington, NV 89447

Sceirine Fredericks Ranch
c/o Todd Sceirine
3100 Hwy 338
Wellington, NV 89444

Wallace J. & Linda P. Lee
904 W. Goldfield Ave.
Yerington, NV 89447

Silverado, Inc.
Gordon R. Muir, RA
One E. Liberty St., Suite 416
Reno, NV 89501

C-125-B/C-125-C:  Mineral County Request for Extension
11

Joseph J. Bessie J. Lommori Trust, Joseph J. & Bessie J. Lommori, Trustees
710 Pearl Street
Yerington, NV 89447

Daniel G. & Shawna S. Smith
P.O. Box 119
Wellington, NV 89444

Cynthia Menesini
111 N. Hwy 95A
Yerington, NV 89447

Christy De Long & Kirk Andrew Stanton
27 Borsini Lane
Yerington, NV 89447

Cynthia Nuti
P.O. Box 49
Smith, NV 89430

Jerry E. Tilley Trust, Jerry E. Tilley, Trustee
11418 S. 105th E. Ave
Bixby, OK 74008

Nancy J. Nuti
P.O. Box 49
Smith, NV 89430

Susan Steneri
P.O. Box 478
Yerington, NV 89447

Athena Brown, Superintendent
Western Nevada Agency
Bureau of Indian Affairs
311 E. Washington Street
Carson City, NV 89701-4065

R. C. Howard
Hale Lane Peek, Dennison & Howard
5441 Kietzke Lane
Suite 200
Reno, NV 89511

George M. Keele
1692 County Road
Suite A
Minden, NV 89423

Gary A. Sheerin
Gary A. Sheerin, Law Office of
177 W. Proctor Street, Suite B
Carson City, NV 89703

Walker Lake Water Dist. G.I.D.
Walker Lake GID
175 Wassuk Way
Walker Lake, NV 89415

David Moser
McCutchen, Doyle, Brown, et.al.
Three Embaracadero Center
Suite 1800
San Francisco, CA 94111

Gary Stone
Water Master
290 South Arlington Ave.
Reno, NV 89501

James Fousekis
2848 Garber Street
Berkeley, CA 94705

Mary Rosaschi
P.O. Box 22
Wellington, NV 89444

William K. Vicencio
P.O. Box 478
Yerington, NV 89447

/s/
_____
NOEL SIMMONS

C-125-B/C-125-C:  Mineral County Request for Extension