Simeon M. Herskovits, Nevada Bar No. 11155
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
(575) 758-7202
simeon@communityandenvironment.net
*Attorney for Mineral County, Nevada*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br>     vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al., ) <br> ) <br> Defendants. ) <br> _____) <br> MINERAL COUNTY, ) <br> ) <br> Proposed-Plaintiff-Intervenor, ) <br>     vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT ) <br> a corporation, et al. ) <br> ) <br> Proposed Defendants. ) | IN EQUITY NO. C-125-ECR <br> Subproceeding: C-125-C <br><br> 3:73-CV-00128-ECR- LRL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO WALKER RIVER IRRIGATION DISTRICT'S OBJECTIONS TO RULINGS OF MAGISTRATE JUDGE WITH RESPECT TO SEPTEMBER 27, 2011 ORDER CONCERNING SERVICE ISSUES** <br><br> ORDER GRANTING |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and LR 6-1 and LR 6-2, counsel for the Mineral County moves the Court for an order extending the time for Mineral County to file its response to the Walker River Irrigation District's Objections to Rulings of Magistrate Judge With Respect to September 27, 2011 Order Concerning Service Issues

C-125-C:  Mineral County Request for Extension

1

("WRID's objections") (C-125-C Docs. 552 & 553) from on or before October 31, 2011, to on or before December 2, 2011.

In support of this Motion, counsel for Mineral County represents the following to the Court:

1. On August 29, 2008, Mineral County filed a service report and proposed order in subproceeding C-125-C. (C-125-C Docs. 479 & 480).

2. On November 21, 2008, WRID filed a response to Mineral County's service report. (C-125-C Doc. 488).

3. On January 23, 2009, Mineral County filed a reply to WRID's response to Mineral County's service report. (C-125-C Doc. 496).

4. On September 27, 2011, Magistrate Judge Leavitt issued an Order in subproceeding C-125-C ruling on Mineral County's service report filings of August 29, 2008 and January 23, 2009. (C-125-C Doc. 547).

5. October 14, 2011, WRID filed Objections to Rulings of Magistrate Judge with Respect to September 27, 2011 Order Concerning Service Issues. (C-125-C Docs. 552 & 553).

6. On that same day, Circle Bar N Ranch, LLC, and Mica Farms, LLC joined in WRID's objections. (C-125-C Doc. 554).

7. Pursuant to LR IB 3-1 and Rule 6(d) of the Federal Rules of Civil Procedure, the deadline for responses to WRID's objections is October 31, 2011.

8. Counsel for Mineral County currently is engaged in a six (6) week administrative hearing, effectively a trial, before the Nevada State Engineer that began September 26, 2011, and will run through November 18, 2011, with a two week intermission in late October.

9. That two week intermission is nearly done and counsel for Mineral County has been continuously engaged in intense preparations for the second half of the hearing throughout the intermission.

10. Counsel for Mineral County has endeavored to accomplish as much as possible during the intermission in the State Engineer's administrative hearing in order to file a response as soon as possible.

11. However, due to the intensity and level of preparation required for that hearing, counsel for Mineral County likely will not have sufficient time to properly respond to WRID's objections until after the completion of the hearing and the Thanksgiving holiday that immediately follows.

12. For these reasons, on September 28, 2011, the Court granted Mineral County's request for extension of time within which Plaintiff Parties must file a joint response to WRID's objections to the Magistrate Judge's orders on successors-in-interest to on or before December 2, 2011. (C-125-B Doc 1661; C-125-C Doc. 549).

13. Mineral County requests the same extension to on or before December 2, 2011, in which to file a response to WRID's October 14, 2011 objections to the Magistrate Judge's September 27, 2011 order.

14. Counsel for Mineral County has contacted counsel for Primary Defendants concerning this request for an extension and none of the Primary Defendants has objected to it.

NOW, THEREFORE, based upon the foregoing, Mineral County respectfully requests that the Court grant this Unopposed Motion, and extend the time for Mineral County to file its response to WRID's objections, to on or before December 2, 2011, which would give counsel for Mineral County sufficient time to prepare that response.

Respectfully submitted this 27th day of October, 2011,

          ADVOCATES FOR COMMUNITY &
          ENVIRONMENT

          By: __/s/_____
             Simeon M. Herskovits
             Nevada Bar No. 11155
             P.O. Box 1075
             El Prado, New Mexico 87529
             *Attorney for Mineral County*

**ORDER**

Dated: November 4, 2011.

IT IS SO ORDERED.

*Edward C. Reed* (signature)

_____
United States District Judge

3:73-cv-00128-ECR-RAM

C-125-C:  Mineral County Request for Extension

4