1

2                           **UNITED STATES DISTRICT COURT**

3

4                           **FOR THE DISTRICT OF NEVADA**

5

6   | UNITED STATES OF AMERICA,          ) | IN EQUITY NO. C-125-RCJ-WGC |

SUBFILE NO. C-125-C

7               Plaintiff,

3:73-CV-00128-RCJ-WGC

8   WALKER RIVER PAIUTE TRIBE,

9               Plaintiff-Intervenor,

**ORDER SETTING BRIEFING**
10              v.                                    **SCHEDULE FOR MINERAL**
                                                      **COUNTY'S MOTION FOR**
11  WALKER RIVER IRRIGATION DISTRICT,    **INTERVENTION AND AMENDED**
    a corporation, et al.,                           **COMPLAINT IN INTERVENTION**
12

13              Defendants.

14

15  MINERAL COUNTY,

16              Proposed Plaintiff-Intervenor,

17              v.

18  WALKER RIVER IRRIGATION DISTRICT,
    a corporation, et al.,
19

20              Proposed Defendants.

21

22        On October 25, 1994, Mineral County filed a Notice of Motion and Motion for

23  Intervention and a Petition to Intervene in the C-125-B case seeking to intervene in this action.

24  (C-125-B Doc. Nos. 31-32).  On January 3, 1995, the Court created subfile C-125-C, or 3:73-

25  CV-128, to cover Mineral County's Motion for Intervention.  On February 9, 1995, the Court

26  entered an Order Requiring Service of and Establishing Briefing Schedule Regarding the

27  Motion to Intervene of Mineral County.  C-125-C Doc. 19.  That briefing schedule was

28

-1-

extended a number of times, and ultimately vacated by Order dated January 8, 1999.  Doc. No. 247.

Pursuant to the Court's Order dated August 2, 2012 (Doc. No. 605), the deadline for completion of Rule 4 service in the C-125-C subproceeding now is March 1, 2013.  At status conferences held on August 2 and August 22, 2012, the parties and the Court discussed briefing Mineral County's Motion for Intervention prior to the completion of final service efforts. Because service is virtually complete, and in an effort to move the case forward, the Court has determined that briefing on Mineral County's Motion for Intervention may proceed prior to the completion of Mineral County's final service efforts.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1.     Mineral County shall file its opening brief in support of intervention no later than October 31, 2012;

2.     Responses shall be filed no later than December 14, 2012;

3.     Mineral County shall file a reply no later than January 14, 2013; and

4.     A copy of this Order shall be served by mail by Mineral County on persons who have entered a Notice of Appearance in this matter, but who are not represented by counsel.

DATED:  October  9, 2012.

_____
UNITED STATES DISTRICT JUDGE

-2-