1
2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) |
| 4 | Plaintiff, | ) |
| 5 | WALKER RIVER PAIUTE TRIBE, | ) IN EQUITY NO. C-125-RCJ-WGC |
| 6 | Plaintiff-Intervenor, | ) SUBFILE NO. C-125-C |
| 7 | v. | ) 3:73-CV-00128-RCJ-WGC |
| 8 | | ) |
| 9 | WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) **ORDER CONCERNING STATUS OF** |
| 10 | Defendants. | ) **REMAINING PROPOSED** |
| 11 | | ) **DEFENDANTS TO BE SERVED VIA** |
| 12 | MINERAL COUNTY, | ) **RULE 4 SERVICE** |
| 13 | Proposed Plaintiff-Intervenor, | ) |
| 14 | v. | ) |
| 15 | WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) |
| 16 | | ) |
| 17 | Proposed Defendants. | ) |
| 18 | | ) |

19       This Order follows Mineral County's filing of its *Report Concerning Status of Rule 4*

20   *Service on Final List of Proposed Defendants,* Case No. C-125, Subproceeding C-125-C

21   (January 9, 2013, Doc. No. 654), its *Supplement to January 9, 2013, Report Concerning Status*

22   *of Rule 4 Service on Final List of Proposed Defendants,* Case No. C-125, Subproceeding C-

23   125-C (February 7, 2013, Doc. No. 662), and this Court's review of this matter during its Status

24   Conference on February 7, 2013.

25       The Court hereby APPROVES AND ORDERS the relief requested therein by Mineral

26   County.

27

28

-1-

Attachment A to this Order is a list of persons and entities for whom the Court has determined that SERVICE IS COMPLETE, based on the above Service Reports.  Attachment B to this Order is a list of persons and entities who are hereby DISMISSED from this action pursuant to this Order.  Attachment C to this Order is a list of persons and entities who are hereby substituted into this case as Proposed Defendants pursuant to this Order.  Mineral County shall complete Rule 4 service as to the persons and entities listed in Attachment C in accordance with the Court's Order of August 2, 2013 (Doc. No. 605).  Attachment D to this Order contains one correction to the caption in this case.  Attachment E to this Order contains he final list of Proposed Defendants to be served pursuant to Fed. R. Civ. P. 4.  In accordance with the Court's Order of August 2, 2012, (Doc. No. 605), Mineral County shall complete Rule 4 service on the persons and entities listed in Exhibit E by March 1, 2013.  Mineral County shall file an updated caption reflecting the above ordered dismissals, substitutions, and correction by March 1, 2013.

IT IS SO ORDERED this __8th__ day of _____February_____, 2013.


_____
UNITED STATES MAGISTRATE JUDGE

///
///
///

Respectfully submitted this 7th day of February, 2013,

/s/ Simeon M. Herskovits
Simeon M. Herskovits, Nevada Bar No. 11155
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone:  (575) 758-7202
Fax:  (575) 758-7203
Email:  simeon@communityandenvironment.net


/s/ Sean A. Rowe
Sean A. Rowe, Nevada Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone:  (775) 945-3636
Fax:  (775) 945-0740
Email: srowe@mineralcountynv.org

*Attorneys for Mineral County*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| WALKER RIVER PAIUTE TRIBE, | ) ) | IN EQUITY NO. C-125-RCJ-WGC SUBFILE NO. C-125-C |
| Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | 3:73-CV-00128-RCJ-WGC |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) ) ) | **ATTACHMENT A TO THE ORDER CONCERNING STATUS OF REMAINING PROPOSED** |
| Defendants. | ) ) ) | **DEFENDANTS TO BE SERVED VIA RULE 4 SERVICE:  LIST OF PROPOSED DEFENDANTS FOR WHOM SERVICE IS COMPLETE** |
| ——————————————— | ) | |
| MINERAL COUNTY, | ) ) | |
| Proposed Plaintiff-Intervenor, | ) ) | |
| v. | ) ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., | ) ) ) | |
| Proposed Defendants. | ) ) | |
| ——————————————— | ) | |

The Court has determined that service is complete upon the following persons and entities in this action pursuant to the *Order Concerning Status of Remaining Proposed Defendants To Be Served Via Rule 4 Service*:

1. Richard Taylor Adams
2. Arrache 1990 Living Trust, Ronald B. Arrache, Trustee
3. Juan and Carmel Arrache Family Trust, Ronald B. Arrache, Trustee
4. Kathy S. Blackford
5. Joseph M. Bozsik
6. Leslie Bradshaw
7. Pauline Bradshaw
8. Susan L. Brown
9. Jack E. Bush
10. Claudia C. Casey
11. Michael A. Casey
12. Centennial Livestock, A California General Partnership
13. Loretta L. Chesnutt
14. Richard W. Chesnutt

15. Heather Cooper
16. Jack Allen Cooper
17. Robert Lewis Cooper
18. Sandra K. Day
19. Stephen R. Day
20. Daniel E. & Cherryl A. Del Porto Family Trust, Daniel E. & Cherryl A. Del Porto, Trustees
21. Dixon Family 1994 Trust, Robert E. and Judith E. Dixon, Co-Trustees
22. Lona Marie Domenici-Reese
23. Tammy M. Dunn Revocable Family Trust dated January 29, 1997, Robert S. and Tammy M. Dunn, Trustees
24. Mario J. Durazzo
25. Brett A. Emery 1999 Revocable Trust UDT dated December 27, 1999, Brett A. Emery, Trustee
26. The Ewert Family 1995 Trust dated May 9, 1995, Lewis A. and Beverly J. Ewert, Trustees
27. Carmen Ferch
28. The Louis and Erma Flasko Family Trust dated June 4, 1981 and re-stated May 27, 1982, Joi Luene Blackenbury and Premier Trust, Co-Trustees
29. Betty Floyd
30. Frank Floyd
31. James T. Fousekis Intervivos Trust, James T. Fousekis, Trustee
32. Susana Cox Fousekis Intervivos Trust, James T. Fousekis, Trustee
33. Don Ray Gable
34. Arden Gerbig
35. Evilo J. Gerbig
36. Gordon Revocable Trust, dated June 24, 2002, Guy Gordon and Gaye Ekholm Gordon, Trustees
37. Marlene S. Greggersen
38. Jon W. Hopkins
39. Lisa M. Hopkins
40. Richard C. Huntsberger
41. Coale Robert Johnson
42. Casey M. Jones
43. Mary C. Jones
44. Mary E. Jurica
45. Esther I. Lamb
46. Michael E. Lamb
47. William David Manha
48. Dena L. Mattice
49. John E. Mattice
50. Joann A. McMinn
51. Robert L. McMinn
52. Mica Farms, LLC
53. Moreda Dairy
54. Morgan Family 1996 Trust, James R. Morgan, Trustee
55. Delores N. Munson
56. Nesmith Family Trust Agreement
57. Nevada Bighorns Unlimited

58. Peri & Peri, LLC
59. Presto Family Trust Agreement dated August 16, 1990
60. Rene Presto
61. James E. and Karen M. Purrell Family Trust
62. William S. & Charlotte F. Rauber Declaration of Trust
63. Lucy Rechel
64. Ritter Family Trust, John G. Jr. & Lucille, Trustees
65. Lucille Ritter
66. Sandra J. Robison
67. Romero Family Trust, Benito Antonio & Linda Irene Romero, Co- Trustees
68. Cherie C. Rye
69. Stephen B. Rye
70. Paul P. Sans
71. Keith Savage
72. Virginia Savage
73. Michael Duane Sceirine
74. Michael Sherlock
75. Sandra J. Shipley
76. Walter D. Shipley
77. Sierra Land & Sheep, LLC
78. Eunice Sjolin
79. The Grant B. and Gaila M. Smith 1996 Revocable Trust dated November 22, 1996
80. Travis S. Smith
81. Jim Snyder
82. Soilfume, Inc.
83. Sovereign Enterprises, LLC
84. Sweetwater Land & Cattle Company
85. Terschluse Family Trust, Robert William and Marie Louisa Terschluse, Trustees
86. Trust for Public Land
87. Vernon F. Bryan, Inc.
88. Lauren Ward
89. Mary Margaret Ward
90. Weaver Properties, LLC
91. The Weiser Living Trust dated February 28, 2002
92. Darlene S. Zipwald

1
2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) |
| 4 | Plaintiff, | ) |
| 5 | WALKER RIVER PAIUTE TRIBE, | ) IN EQUITY NO. C-125-RCJ-WGC |
| 6 | Plaintiff-Intervenor, | ) SUBFILE NO. C-125-C |
| 7 | v. | ) 3:73-CV-00128-RCJ-WGC |
| 8 | WALKER RIVER IRRIGATION DISTRICT, | ) **ATTACHMENT B TO THE** |

3   UNITED STATES OF AMERICA,                )
                                            )
4            Plaintiff,                      )
                                            )
5   WALKER RIVER PAIUTE TRIBE,               )   IN EQUITY NO. C-125-RCJ-WGC
                                            )   SUBFILE NO. C-125-C
6            Plaintiff-Intervenor,           )
                                            )   3:73-CV-00128-RCJ-WGC
7            v.                              )
                                            )   **ATTACHMENT B TO THE**
8   WALKER RIVER IRRIGATION DISTRICT,        )   **ORDER CONCERNING STATUS OF**
9   a corporation, et al.,                   )   **REMAINING PROPOSED**
                                            )   **DEFENDANTS TO BE SERVED VIA**
10           Defendants.                     )   **RULE 4 SERVICE:**
    _____ )   **LIST OF PROPOSED DEFENDANTS**
11                                           )   **TO BE DISMISSED**
12  MINERAL COUNTY,                          )
                                            )
13           Proposed Plaintiff-Intervenor, )
                                            )
14           v.                              )
                                            )
15  WALKER RIVER IRRIGATION DISTRICT,        )
16  a corporation, et al.,                   )
                                            )
17           Proposed Defendants.            )
    _____ )
18

19        The following persons and entities are DISMISSED, without prejudice, from this action
20  pursuant to the *Order Concerning Status of Remaining Proposed Defendants To Be Served Via
    Rule 4 Service*:

21        1.  Gregory Burton Adams
          2.  Norman Annett
22        3.  Blanton Family Trust dated May 24, 1997
          4.  Vernon F. Bryan
23        5.  Clearview Ranch
          6.  Desert Hills Dairy, LLC
24        7.  Paul(a) A. Greggersen
          8.  Karen Lund Hardy
25        9.  Patricia Hervin
          10. Marjorie Ann Jones
26        11. Cecelia Perumean Trust, Peter Perumean Jr., Trustee
          12. Patricia Simmons
27        13. Gilbert C. Wedertz
          14. Arnold Settlemeyer
28

1

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,                    )
                                             )
4                    Plaintiff,              )
                                             )
5   WALKER RIVER PAIUTE TRIBE,               )   IN EQUITY NO. C-125-RCJ-WGC
                                             )   SUBFILE NO. C-125-C
6              Plaintiff-Intervenor,         )
                                             )   3:73-CV-00128-RCJ-WGC
7                    v.                       )
                                             )   **ATTACHMENT C TO THE**
8   WALKER RIVER IRRIGATION DISTRICT,        )   **ORDER CONCERNING STATUS OF**
    a corporation, et al.,                   )   **REMAINING PROPOSED**
9                                            )   **DEFENDANTS TO BE SERVED VIA**
                                             )   **RULE 4 SERVICE:**
10                   Defendants.             )   **LIST OF PERSONS AND ENTITIES**
    _____     )   **WHO ARE TO BE SUBSTITUTED AS**
11                                           )   **PROPOSED SUCCESSOR-IN-**
    MINERAL COUNTY,                          )   **INTEREST DEFENDANTS**
12                                           )
             Proposed Plaintiff-Intervenor, )
13                                           )
                     v.                       )
14                                           )
    WALKER RIVER IRRIGATION DISTRICT,        )
15  a corporation, et al.,                   )
                                             )
16           Proposed Defendants.            )
    _____     )
17

18

19       The following persons and entities are SUBSTITUTED as Proposed Defendants in this
    action pursuant to the *Order Concerning Status of Remaining Proposed Defendants To Be*
20  *Served Via Rule 4 Service*:

21     1.  Norman W. & Kellie J. Annett Family Trust, Norman W. Annett and Kellie J. Annett,
           Co-Trustees (to be substituted for Norman Annett)
22     2.  Sancho Rancho, LLC (to be substituted for Blanton Family Trust dated May 24, 1997,
           Christopher and Madelyn Blanton, Trustees)
23     3.  David and Karen Hardy Family Trust, David E. and Karen L. Hardy, Trustees (to be
           substituted for Karen Lund Hardy)
24

25

26

27

28

-8-

1
2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

3    UNITED STATES OF AMERICA,                    )
                                                  )
4              Plaintiff,                         )
                                                  )
5    WALKER RIVER PAIUTE TRIBE,                   )   IN EQUITY NO. C-125-RCJ-WGC
                                                  )   SUBFILE NO. C-125-C
6              Plaintiff-Intervenor,              )
                                                  )   3:73-CV-00128-RCJ-WGC
7              v.                                 )
                                                  )   **ATTACHMENT D TO THE**
8    WALKER RIVER IRRIGATION DISTRICT,            )   **ORDER CONCERNING STATUS OF**
9    a corporation, et al.,                       )   **REMAINING PROPOSED**
                                                  )   **DEFENDANTS TO BE SERVED VIA**
10             Defendants.                        )   **RULE 4 SERVICE:**
11   ───────────────────────────────             )   **CORRECTION TO THE CAPTION**
                                                  )
12   MINERAL COUNTY,                              )
                                                  )
13             Proposed Plaintiff-Intervenor,     )
                                                  )
14             v.                                 )
                                                  )
15   WALKER RIVER IRRIGATION DISTRICT,            )
16   a corporation, et al.,                       )
                                                  )
17             Proposed Defendants.               )
18   ───────────────────────────────             )

19       The Court has determined that the following correction to the caption in the above case
20   shall be made pursuant to the *Order Concerning Status of Remaining Proposed Defendants To
     Be Served Via Rule 4 Service*:

21       1.  Albert Raymond Sandoval is hereby removed from the caption as Trustee of Sandoval
22           Family Trust U/D/T March 12, 2001, Albert Raymond and Cecilia Lillian Sandoval,
             Trustees. The Sandoval Family Trust U/D/T March 12, 2001, Cecilia Lillian Sandoval
23           Trustee, will remain in the caption.
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| WALKER RIVER PAIUTE TRIBE, | ) IN EQUITY NO. C-125-RCJ-WGC |
| | ) SUBFILE NO. C-125-C |
| Plaintiff-Intervenor, | ) |
| | ) 3:73-CV-00128-RCJ-WGC |
| v. | ) |
| | ) **ATTACHMENT E TO THE** |
| WALKER RIVER IRRIGATION DISTRICT, | ) **ORDER CONCERNING STATUS OF** |
| a corporation, et al., | ) **REMAINING PROPOSED** |
| | ) **DEFENDANTS TO BE SERVED VIA** |
| Defendants. | ) **RULE 4 SERVICE:** |
| ——————————————————— | ) **FINAL LIST OF PROPOSED** |
| | ) **DEFENDANTS TO BE SERVED** |
| MINERAL COUNTY, | ) **PURSUANT TO FED. R. CIV. P. 4** |
| | ) |
| Proposed Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| WALKER RIVER IRRIGATION DISTRICT, | ) |
| a corporation, et al., | ) |
| | ) |
| Proposed Defendants. | ) |
| ——————————————————— | ) |

The following persons and entities are the final remaining Proposed Defendants to be served via Fed. R. Civ. P. 4 service pursuant to the *Order Concerning Status of Remaining Proposed Defendants To Be Served Via Rule 4 Service*:

1. State of California
2. Norman W. & Kellie J. Annett Family Trust, Norman W. Annett and Kellie J. Annett, Co-Trustees
3. Sancho Rancho, LLC
4. David and Karen Hardy Family Trust, David E. and Karen L. Hardy, Trustees