# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants.<br>_____<br><br>MINERAL COUNTY,<br><br>    Proposed-Plaintiff-Intervenor,<br><br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et.al.,<br><br>    Proposed Defendants.<br>_____ | IN EQUITY NO. C-125-ECR<br>Subproceeding: C-125-C<br><br>3:73-cv-00128-RCJ-WGC<br><br><br><br><br><br>**NOTICE OF PENDENCY OF**<br>**MOTION TO INTERVENE**<br>**AND**<br>**ORDER RE SUBMISSION OF**<br>**RESPONSIVE MEMORANDA** |

PLEASE TAKE NOTICE that pending before the United States District Court is a motion to intervene by Proposed Plaintiff-Intervenor Mineral County filed in case no: 3:73-00128-RCJ-WGC. The documents pertaining to the motion, response and reply memoranda are as follows:

Doc. # 634:    Mineral County Opening Brief in Support of Mineral County's Motion for Intervention (Doc. # 2-2804855) and Proposed Petition for Intervention (Doc. #3-2804854);

1. Doc. # 646: Nevada Department of Wildlife's Answering Brief;
2. Doc. # 647: Walker River Irrigation District's (WRID) Opposition to Motion to Intervene;
3. Doc. # 634: United States of America's Response to the Motion to Intervene (expressing no position regarding Mineral County's Motion and Petition to Intervene);
4. Doc. # 649: Joinder by Circle Bar N Ranch, LLC, and Mica Farms, LLC, to WRID's Opposition;
5. Doc. # 651: Lyon County's Joinder to WRID's Opposition; and
6. Doc. # 656: Mineral County's Reply Brief in Support of Intervention.

You are advised that as a defendant in this action, you have the right, but not an obligation, to submit a memorandum either in favor of or in opposition to Mineral County's Motion for Intervention. If you choose to file such a memorandum,[1] you should submit your memorandum to the following address **on or before July 31, 2013**:

> United States District Court Clerk's Office
> 400 South Virginia Street, 3rd Floor
> Reno, Nevada, 89501

The parties who have previously filed memoranda on Mineral County's motion may have until **August 16, 2013,** to file a reply in response to any memorandum which may be subsequently filed.

**IT IS SO ORDERED.**

DATED: June 4, 2013.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] The court advises you that there is no need for a defendant to file a simple "joinder" in support of any of the memoranda identified above already on file with the United States District Court.

2