UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | IN EQUITY NO. C-125-RCJ |
| Plaintiff, | ) | Subproceeding C-125-C |
| WALKER RIVER PAIUTE TRIBE, | ) | 3:73-cv-00128-RCJ-WGC |
| Plaintiff-Intervenor, | ) | |
| vs. | ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation, *et al.*, | ) | **ORDER ESTABLISHING PUBLIC WEBSITE** |
| MINERAL COUNTY, | ) | |
| Proposed Plaintiff-Intervenor, | ) | |
| vs. | ) | |
| WALKER RIVER IRRIGATION DISTRICT, a corporation | ) | |

**Establishment of a Public Website:**

1. The Clerk of the Court has established and will maintain a website that is separate from the Court's official docket and available to the public, on which the Clerk has and will post Orders and other filings in Subproceeding C-125-C (3:73-cv-00128-RCJ-WGC).

2. This separate public website may be accessed directly at:

   **http://tinyurl.com/mineralcase** or by selecting "Mineral County" on the District of Nevada's official website (**www.nvd.uscourts.gov).**

**IT IS SO ORDERED.**

DATED: April 16, 2015.

*/s/ William G. Cobb*
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE