# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA et al., | ) | |
| Plaintiffs, | ) ) | 3:73-cv-00127-RCJ-WGC |
| | ) | In Equity No. C-125-B |
| vs. | ) | |
| | ) | 3:73-cv-00128-RCJ-WGC |
| WALKER RIVER IRRIGATION DISTRICT et al., | ) ) | In Equity No. C-125-C |
| | ) | **ORDER** |
| Defendants. | ) ) | |

Counsel has filed suggestions of death as to two parties. The Court hereby orders appropriate substitutions under Rule 25(a)(1).

IT IS HEREBY ORDERED that the following parties are substituted in place of Defendant Stanley L. Hunewill in Case Nos. 3:73-cv-127 and 3:73-cv-128: Jeff and Denise Hunewill Family Trust, Jon and Betsy Elliott Family Trust, and Megan Hunewill.

IT IS FURTHER ORDERED that counsel for Defendant Carolyn Strosnider in Case No. 3:73-cv-128 shall identify Ms. Strosnider's successor(s)-in-interest within sixty (60) days.

IT IS SO ORDERED.

Dated this 7th day of September, 2016.

_____
ROBERT C. JONES
United States District Judge