RODERICK E. WALSTON
*Pro hac vice* (Cal. Bar No. 32675)
STEVEN G. MARTIN
*Pro hac vice* (Cal. Bar No. 263394)
BEST BEST & KRIEGER LLP
2001 North Main Street, Suite 390
Walnut Creek, CA 94596
Telephone: (925) 977-3300
Email: roderick.walston@bbklaw.com;
steven.martin@bbklaw.com

Attorneys for Defendant
Centennial Livestock

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | Case No. IN EQUITY NO. C-125-RCJ<br>Subproceedings: C-125-B and C-152-C<br><br>3:73-CV-00125-RCJ-WGC<br>3:73-CV-00127-RCJ-WGC<br>3:73-CV-00128-RCJ-WGC<br><br>**[PROPOSED] ORDER ON MOTION FOR REMOVAL FROM SERVICE LIST AND TERMINATION AS TO ATTORNEY OF RECORD** |
| MINERAL COUNTY,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>WALKER RIVER IRRIGATION DISTRICT, et al.,<br><br>Respondents. | |

THE COURT HEREBY GRANTS Defendant Centennial Livestock's Motion for Removal From Service List and Termination of Steven George Martin as Attorney of Record for Centennial Livestock. Steven George Martin is to be removed from the service list in these matters.

IT IS SO ORDERED.

APPROVED:

Dated: this ___12th___ day of ___June___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE