**Jean E. Williams**
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

**Guss Guarino/ Tyler Eastman /
Marisa J. Hazell**
Trial Attorneys, Indian Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Office: 303-844-1343 Fax: 303-844-1350
Email: guss.guarino@usdoj.gov
And
P.O. Box 7611
Washington, D.C. 20044
Office: 202-305-0264, 202-307-2291
Fax: 202-305-0275
Email: tyler.eastman@usdoj.gov
    marisa.hazell@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> WALKER RIVER PAIUTE TRIBE, <br>    Plaintiff-Intervenor, <br> vs. <br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br>    Defendants. | IN EQUITY NO. C-125-MMD <br> Subproceeding: 3:73-CV-00128-MMD-WGC <br><br><br> **MOTION TO ADMIT COUNSEL FOR THE UNITED STATES** |
| MINERAL COUNTY, <br>    Plaintiff-Intervenor, <br> vs. <br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br>    Defendants. | |

Pursuant to 28 U.S.C. 516, *et seq.* and LR-IA-11-3, the United States moves for the admission of Tyler J. Eastman and Marisa J. Hazell to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of their employment by the United States as attorneys. The paragraphs below are provided in support of this motion.

1. Tyler J. Eastman has been a licensed attorney since 2018. Mr. Eastman is a member in good standing of the State Bar of Oregon (Bar # 185023). Since 2018, Mr. Eastman has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, Indian Resources Section and his office is located in Washington, D.C. Mr. Eastman has never been subject to any disciplinary action by any bar.

2. Marisa J. Hazell has been a licensed attorney since 2019. Ms. Hazell is a member in good standing of the State Bar of Colorado (Bar # 54272). Since 2019, Ms. Hazell has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, Indian Resources Section and her office is located in Washington, D.C. Ms. Hazell has never been subject to any disciplinary action by any bar.

3. LR-IA 11-3 provides that:

> [u]nless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

4. Federal statute provides that "the conduct of litigation in which the United States, an agency, or officer thereof is a party . . . is reserved to officers of the Department of Justice, under the direction of the Attorney General." 28 U.S.C. § 516. Pursuant to this authority, "any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States" 28 U.S.C. § 517.

The United States requests an Order permitting Tyler J. Eastman and Marisa J. Hazell to practice before this Court in this action during the period of their employment by the United States as attorneys. Mr. Eastman and Ms. Hazell will practice with and alongside other counsel of record for the United States, Mr. Guarino.

Respectfully submitted this 28th day of April 2021,

/s/ Andrew "Guss" Guarino
Andrew "Guss" Guarino

Attorney for the United States

IT IS SO ORDERED.

Dated: April 28, 2021

_____
U.S. District Judge

**CERTIFICATE OF SERVICE**

It is hereby certified that on April 28, 2021 service of the foregoing was made through the Court's electronic filing and notice system (ECF) to all of the registered participants.

          By:    <u>/s/ Andrew "Guss" Guarino</u>

                  Andrew "Guss" Guarino