# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants.<br><br>MINERAL COUNTY,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceeding: 3:73-CV-00128-MMD-WGC<br><br>**ORDER FOR SPECIAL APPOINTMENT OF PROCESS SERVER UNDER FED. R. CIV. P. 4(C)(3)** |

It is hereby ordered that Craig Wesley Rimer is specially appointed as a process server for the above-captioned action, pursuant to Fed. R. Civ. P. 4(c)(3). This appointment addresses efforts to conduct personal service of process under Fed. R. Civ. P. 4 of service documents that were approved by this Court in this case.

Interference with or harm to a process server may be subject to punishment under applicable federal law. *See e.g.*, 18 U.S.C. §§ 111, 1114, 1501.

IT IS SO ORDERED THIS 16th OF June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE