# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　Plaintiff-Intervenor,<br><br>　　　　　v.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　Defendants.<br>―――――――――――――――――――<br>MINERAL COUNTY,<br><br>　　　Plaintiff-Intervenor,<br><br>　　　　　v.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>et al.,<br><br>　　　Defendants. | 3:73-cv-00128-MMD-WGC<br><br>**ORDER RELATING TO COMPLETION OF SERVICE AND SCHEDULE FOR RESPONSES TO MINERAL COUNTY'S SECOND AMENDED COMPLAINT IN INTERVENTION** |

Mineral County is now ready to move forward with its final service efforts in this matter by personally serving those California riparian property owners in the Walker River Basin who have not previously waived personal service.

**THEREFORE, IT IS HEREBY ORDERED** as follows:

1.　Based on previous Orders of the Court, Rule 4 service on Decreed water rights holders is complete, *see* Doc. 725, and the final list of California riparian property owners in the Walker River Basin to be served pursuant to Rule 4 submitted by Mineral County is hereby approved and is attached hereto as Attachment A.

1

2.      On or before <u>December 31, 2021</u>, Mineral County shall make service pursuant to Rule 4 of the Federal Rules of Civil Procedure of a service package consisting of the following documents on all California riparian property owners in the Walker River Basin listed in Attachment A, who remain to be served:[1]

    a.    *Notice in Lieu of Summons* properly issued by the Clerk of the Court;

    b.    A copy of this Order;

    c.    *Second Amended Complaint in Intervention* (Doc. No. 936);

    d.    Forms for a *Notice of Appearance and Intent to Participate* as follows:

        (i)    *Notice of Appearance and Intent to participate for Party Represented by Attorney*;

        (ii)    *Notice of Appearance and Intent to Participate for Unrepresented Party Consenting to Electronic Service*;

        (iii)    *Notice of Appearance and Intent to participate for Unrepresented Party Declaring Hardship Making Electronic Service Impossible*; and

    e.    A form for a *Disclaimer of Interest in Water Rights and Notice of Related Information and Documentation Supporting Disclaimer.*

3.      Responses will be governed by the following provisions, which are included in the *Notice in Lieu of Summons* referenced in paragraph 2 of this Order:

    a.    Responses to Mineral County's *Second Amended Complaint in Intervention* shall be filed and served as follows:

---

[1] Concurrently with this Order, the Court is issuing an *Order Approving Mineral County Service Package,* which approves the form and list of documents Mineral County will serve pursuant to this Order.

        i.      For Defendants who were served or who returned *Waivers of Personal Service of Notice in Lieu of Summons* forms prior to the entry of this Order, responses shall be filed and served no later than September 28, 2021; and

        ii.      For Defendants served after the entry of this Order, responses shall be filed and served no later than 90 days from the date on which the Defendant is served or signs a *Waiver of Personal Service of Notice in Lieu of Summons* pursuant to this Order.

    b.    Within thirty (30) days of service of the *Notice in Lieu of Summons* or signing of a *Waiver of Personal Service of Notice in Lieu of Summons*, any proposed Defendant who has been served and who wishes to appear in this subproceeding shall file with the Court the applicable *Notice of Appearance and Intent to Participate*.

    c.    Persons, corporations, institutions, associations or other entities who, at the time of service, no longer own a water right subject to this litigation[2] must file the *Disclaimer of Interest* form referenced in paragraph 7 of this Order with the Court within thirty (30) days of service.

4.    If Mineral County intends to seek a waiver of personal service of the above documents, pursuant to the provisions of Fed. R. Civ. P. 4(d), Mineral County shall allow thirty (30) days for return of the *Waiver of Personal Service of Notice in Lieu of Summons* and shall include in the mailing the documents listed in paragraph 2 of this Order, except for the *Notice in Lieu of Summons* described in paragraph 2(a) above.[3]

---

[2] Pursuant to previous orders of this Court, (Doc Nos. 19 & 736) water rights that are subject to this proceeding include water rights under the Walker River Decree as well as existing and potential riparian water rights possessed by riparian land owners within the California portion of the Walker River Basin.

[3] Mineral County has represented to the Court that while it does not intend to seek waivers from all defendants listed on Attachment A who remain to be served, there may be a limited number of defendants from whom Mineral County will seek a waiver as a result of difficulties associated with personal service.

In addition to the documents listed in paragraph 2, the mailing to each such proposed Defendant seeking a waiver of personal service also shall include a *Notice of Lawsuit and Request for Waiver of Personal Service* of the documents included in the mailing and a *Waiver of Personal Service of Notice in Lieu of Summons* form generally in accordance with Forms 5 and 6 of the Federal Rules of Civil Procedure, respectively, but modified to cover service of the other documents included in the mailing. The *Notice of Lawsuit and Request for Waiver of Personal Service of Notice in Lieu of Summons* and the *Waiver of Personal Service of Notice in Lieu of Summons* shall substantially conform to the *Notice of Lawsuit and Request for Waiver of Personal Service of Notice in Lieu of Summons* and the *Waiver of Personal Service of Notice in Lieu of Summons* approved by the Court in its *Order Approving Mineral County Service Package*.

5. At such time as all service required by this Order is complete, Mineral County shall file a statement to that effect, including documentation of waiver of personal service for those defendants listed in Attachment A who returned a signed *Waiver of Personal Service of Notice in Lieu of Summons* form in 2015.

6. Persons, corporations, institutions, associations or other entities who waive personal service or are personally served but who do not appear shall nevertheless be deemed to have notice of subsequent orders of the Court.

7. No default shall be taken against any Defendant for failure to appear, or against any Defendant who, having appeared, fails to respond to or otherwise defend against the Second Amended Complaint in Intervention

8. **Treatment of Defendants Who Transferred Their Interest(s) Prior to Service:**

Pursuant to the Court's September 6, 2011, *Amended Order Concerning Service Issues Pertaining to Defendants Who Have Been Served* (Doc. No. 542), if any person or entity

4

receiving service by mail or personal service has no interest in any water right subject to this subproceeding, that person or entity shall file a Disclaimer of Interest notifying the Court in writing of that fact. If such a person or entity sold or otherwise conveyed ownership of *all* water rights subject to this subproceeding before being served or otherwise brought into the subproceeding, in addition to disclaiming any interest in this subproceeding that person or entity shall file a Notice providing successor-in-interest information.

The form and substance of such a Disclaimer and Notice shall substantially conform to the form for a *Disclaimer of Interest in Water Rights and Notice of Related Information and Documentation Supporting Disclaimer* included in the service package approved by the Court in its *Order Approving Mineral County Service Package*, and shall be sent to the Court for filing. Any person or entity who files a Disclaimer of Interest form or provides information for this purpose by other means is responsible for the accuracy of that filing. Consequently, any person or entity who files a Disclaimer of Interest of water rights subject to this litigation but in fact retains any such water rights, shall nevertheless be bound by the results of this litigation.

Following its receipt from any person or entity disclaiming any interest in any of the water rights at issue in this case, Mineral County will review the materials received and, if appropriate, request that the Court dismiss that person or entity from this subproceeding.

DATED: July 19, 2021

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

5

Order Relating to Completion of Service and Schedule for Responses to Mineral County's Second Amended Complaint in Intervention

**ATTACHMENT A**
**(California Riparian Defendants)**

Order Relating to Completion of Service and Schedule for Responses to Mineral County's Second Amended Complaint in Intervention

## California Riparian Defendants

1. 69 Ranch, Inc.
2. Aberizk, Debra A.
3. Adams, The Lester G. Adams and Jean D. Survivor's Trust, Vicki Kay Paulbick and Jean D. Adams, Trustees
4. Ahmad, Tariq
5. Alaniz, Nancy
6. Alaniz, Ricardo
7. Aliff, Jay W.
8. Aliff, Rebecca L.
9. Alston, Margaret
10. Amos, The Richard Douglas Revocable Living Trust, Dated December 11, 1992, Richard Amos, Trustee
11. Amp Films, Inc., DBA Paradise Shores RV Park
12. Andreasen, Earl
13. Annett Family Trust, Norman W. and Kellie Annett, Trustees
14. Antelope Valley Fire District
15. Arendas, Christine L.
16. Ashurst, Gary
17. Austin, Maybra A.
18. Babcock, E. & M. Revocable Trust, Dated September 20, 2015, Edward L. Babcock and Marilyn Babcock, Trustees
19. Bacon, The Exempt Decedent's Trust Under the Milton E., Jr. 1992 Trust Agreement (As Restated), Dated April 26, 2007, Mary Lee Parker Bacon, Edward Ford Bacon, and Katherine Bacon, Trustees
20. Bacon, The Nonexempt Decedent's Trust Under the Milton E., Jr. 1992 Trust Agreement (As Restated), Dated April 26, 2007, Mary Lee Parker Bacon, Edward Ford Bacon and Katherine Bacon, Trustees
21. Baima, Sandra K.
22. Baima, Thomas F.
23. Barnato, The Kathleen 2003 Living Trust, Dated March 23, 1994, Kathleen Bernato, Trustee
24. Barnes, The R. & A. Trust, Dated December 16, 1999, Robert I. and Agnes L. Barnes, Trustees
25. Batatian, Mark M.
26. Batatian, Patricia J.
27. Bentley Family Trust, Patty S. Bentley, Trustee
28. Berry, Thomas P.
29. Berry, Timothy
30. Berry, William S.

31. Berry-Rathsack, Lori
32. Billeb, Gregory
33. Billeb, James William
34. Boardman Family Trust, Dated April 30, 2008, Nancy Boardman, Trustee
35. Bostrom, Robert F.
36. Brandon, Arnold Dean
37. Brandon, Matthew Shane
38. Bridgeport Properties Trust, Dated October 25, 2006, Patrick Parraguirre, Trustee
39. Bridgeport Public Utility District
40. Bridgeport Storage Units, LLC
41. Bridges, Ann
42. Brooks 2009 Trust, John R. Brooks, Trustee
43. Brooks, The Lynnette L. Survivor's Trust, Lynette L. Brooks, Trustee
44. Brown, Estate of Roy A., Debi L. Smith, Executrix
45. Brown, Robert C. Family Trust, Dated February 28, 2014, Robert C. Brown, Trustee
46. Brown, William Elmwood
47. Brueckner, Eric
48. Bryant, Beverlee A.
49. Bryant, William A.
50. Bundy-Napp, The Leontine 2009 Trust, Leontine Bundy-Nappe, Trustee
51. Byrd, Jerry W.
52. Byrd, Nyla L.
53. Callahan, Michael D.
54. Cano, Albert G.
55. Carruth Family Trust, Dated August 2, 2001, Dennis C. and Lina S. Carruth, Trustees
56. Casados Living Trust, Dated December 10, 2009, Debra Lynn Casados, Trustee
57. Cassidy, Annette
58. Castaneda, Diana Theresa
59. Castaneda, Russell P.
60. Cavnar, Donn
61. Cecil, The John and Shirley Revocable Living Trust, John Dow and Shirley Diane Cecil, Trustees
62. Chango, Damian S.A.
63. Chichester, Gerry Trust, Dwain Chichester Trustee
64. Chichester, Alan
65. Chichester, Dwain
66. Chichester, Judy
67. Chichester, Lloyd K.
68. Chop, Frank Albert
69. Clark, The Family Trust, Dated June 11, 2009, Drew J. and Ruth E. Clark, Trustees

California Riparian Defendants
Page **2** of **10**

70. Clark, Veronica I.
71. Cleatus, Scott Hays
72. Clifton, Charles G.
73. Cochran, Lauretta L.
74. Cochran, Phillip A.
75. Coffron, James R.
76. Coffron, Judith M.
77. Cordtz, Jeff
78. Cowcamp, LLC
79. Curry Family Trust, Dated June 14, 2011, Robert R. Curry and Bonnie L. Curry, Trustees
80. Curti Land Company, LLC
81. Curti Ranch, LLC
82. Daniels, Victoria
83. Davis Diane L.
84. Davis, Karen A.
85. Disbro, Heather J.K.
86. Disbro, James S.
87. Donahue, Karen
88. Donahue, Roger
89. Donovan, Dwight
90. Donovan, Heather
91. Double R. Family Ranch, LLC
92. Drew, Stella Marie
93. Duncan, Loraine
94. Dunn, Robert
95. Dunn, Tammy
96. Durfee Trust, Dated October 19, 2007, James Lee and Kathryn M. Durfee, Trustees
97. Dykes, Gary P.
98. Eastern Sierra Land Trust
99. Eaton, The K. J. Family Trust, Dated October 25, 2011, Kenneth A. and Joan C. Eaton, Trustees
100. Eberhardt, Richard L.
101. Eberhardt, Susan W.
102. Emery, Dawne
103. Emery, The Brett A. Revocable Trust UTD December 27, 1999, Brett A. Emery, Trustee
104. Enos, The Maynard M. Enos and Ann L. Revocable Trust Under Trust Agreement Dated March 16, 1995, Maynard M. and Anne L. Enos, Trustees
105. Etcheberry Family Trust, Paul W. Etcheberry and Lois E. Etcheberry Trustees

| | |
|---|---|
| 106. | Farias Trust, The, Dated September 1, 2016, Leslie Farias Trustee + |
| 107. | Fascia, Erick R. |
| 108. | Felber, The John H. Trust, Dated September 4, 2002, John H. Felber, Trustee |
| 109. | Finch, Sandee F. Revocable Trust, Sandee F. Wills, Trustee |
| 110. | Freer, The Linda Family Trust, Dated November 23, 2003, Linda Freer, Trustee |
| 111. | Fulstone, Suellen |
| 112. | Gansberg Family Trust, Dated December 22, 2003, Chris and Faye Gansberg Trustees |
| 113. | Gansberg, Todd 2021 Trust, Todd C. Gansberg, Trustee |
| 114. | Gansberg, Todd C. |
| 115. | Gerbig, Josephine A. |
| 116. | Gilleland, Avery C., Jr. |
| 117. | Gilleland, Theresa A. |
| 118. | Gilster, The George W. Gilster and Carol D. Family Trust, Dated August 27, 1990, George W. and Carol D. Gilster, Trustees |
| 119. | Giovacchini Family 1989 Trust, Trust "A", Sherri Billman, Trustee |
| 120. | Gladding Family 1995 Trust, The, Marion A. Gladding, Trustee |
| 121. | Gomes, Christopher J. |
| 122. | Gomes, Samantha S. |
| 123. | Graves, Olive Mae Trust, Olive Mae Graves, Trustee |
| 124. | Hair, Rochelle |
| 125. | Haley Underground, Inc. |
| 126. | Hall Family Trust, The, Dated May 6, 1986, Mark H. Hall and Nadine Hall, Trustees |
| 127. | Hall, The Chad T. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee |
| 128. | Hall, The Gregson B. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee |
| 129. | Hall, The Mark H. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee |
| 130. | Hamlin, David R. |
| 131. | Hamlin, Joyce |
| 132. | Hamlin, Robert E. |
| 133. | Hampel Living Trust, Dated March 20, 2006, Robert and Annette L. Hampel, Trustees |
| 134. | Haramis Family Trust, Dated May 31, 2018, Costa and Alison Haramis, Trustees |
| 135. | Harmon, The Everett E. and Caroline F. Family Trust, Everett E. and Caroline F. Harmon, Trustees |
| 136. | Hawkins, Cole C. |
| 137. | Hays, Ivan E. |
| 138. | Hersey, Estate of Clair L. |

139. Hickey Living Trust, The, Dated April 4, 2001, Patrick and Shin M. Hickey, Trustees
140. Hilton, William Barron Trust U/D/T March 16, 1992, William Barron Hilton, Trustee
141. Himmelrick, Jeffrey C.
142. Himmelrick, Martha
143. Hoffman Revocable Trust, Dated February 11, 2019, Walter and Kathleen Hoffman, Trustees
144. Hollender, George W.
145. Holmberg, Michael Frederick
146. Hontalas Trust, Dated August 30, 2012, Theodore J. Hontalas and Randi M. Hontalas, Trustees
147. Hudeco, Inc.
148. Huggans Survivors Trust, Jan K. Huggans, Trustee
149. Humiston, Karin S.
150. Hussman, Mary Fulstone
151. Hysell Family Trust, Carol Hysell, Trustee
152. Johnson, Laurence William and Janus Leta Trust/Survivor's Trust, Dated December 7, 2005, Janus Leta Baez, Trustee
153. Johnson, Richard D.
154. Johnson, The Donald M. Trust, Created December 3, 2009, Donald M. Johnson, Trustee
155. Joseph, Marcia
156. Katusich, Mary L.
157. Katusich, Michael W.
158. Kelly Family Trust, Dated November 1, 2017, Timothy and Lisa Kelly, Trustees
159. Kelly, James V.
160. Kelly, Suzanne D.
161. Kircher, Roger R. 2005 Revocable Trust, Roger R. Kircher, Trustee
162. Knauss, Mark A.
163. Koketsu, Kristen Asano
164. Kraft, Kevin G.
165. Kraft, Trust "B" Warren J. Kraft and Carrell B. Declaration of Trust Dated July 2, 1987, Warren J. Kraft, Trustee
166. Lafferty 2001 Family Trust, Dated November 26, 2001, Loren W. Lafferty and Elizabeth T. Lafferty, Trustees
167. Lancaster Family Living Trust, Shirley J. and Wallace A. Lancaster, Trustees
168. Lembas, The Barbara J. 1982 Trusts, Dated December 8, 1982, Barbara J. and Gerald G. Lembas, Trustees
169. Lezak 2009 Revocable Family Trust, Dated April 27, 2009, Cheryl Lezak, Trustee

170. Linn, The 2013 Family Trust, Dated June 12, 2013, Steven J. and Kathleen L. Linn, Trustees
171. Little, Brinn E. (DBA Virginia Creek Settlement)
172. Little, James Edgar (DBA Virginia Creek Settlement)
173. Locke, Karen M.
174. Locke, Michael E.
175. Long, R. D. Long and Terry R. Trust, Dated June 10, 1997, Richard and Terry Long, Trustees
176. Lozenski, James L.
177. Macbride, John
178. Macbride, Pam A.
179. Madrigal, Maria C.
180. Marine, Robert P. Marine and Rose M. Revocable Living Trust, Dated January 11, 1990, Robert P. Marine and Rose M. Marine, Trustees
181. Marsh, Bick
182. Marti, The Family Trust, Dated June 21, 2013, Stephen A. and Loretta B. Marti, Trustees
183. Martin, The 2005 Lenore Revocable Trust, Dated March 31, 2005, Lenore M. Martin, Trustee
184. Martinez, Marlene Ann
185. Masterson, Marianne J. 2000 Living Trust, Marianne J. Masterson, Trustee
186. May Living Trust, Dated December 30, 2019, Michael M. May, Trustee
187. May, Michael L. Trust, Dated July 7, 2010, Michael L. May, Trustee
188. Mayer, Linda D.
189. Mayer, William T.
190. McCann, John C.
191. McCoy Cheryl Ann
192. McDevitt, Daniel P.
193. McDonnell, Patricia Trust, McDonnell Patricia, Trustee
194. McKnight, Janice
195. McKnight, John
196. McPhee, Allan E.
197. Mendoza, Ann
198. Mendoza, Ralph
199. Mondon, Perry R.
200. Morehead, Hilton 2009 Trust, Dated September 21, 2009, Martin Andrew Hilton and Elizabeth Riegle Morehead, Trustees
201. Morris, Brianna
202. Morris, Lori A.
203. Morris, Robert D.

204. Mueller Family Trust, Dated September 20, 2018, Joseph R. Mueller and Shelby M. Mueller, Trustees
205. Neff, Brian Wayne
206. Neff, Colleen
207. Neff, Glenn
208. Nelson, Jeanette
209. Newbold, Richard D.
210. Newell, James Allen
211. Newell, Patricia Black
212. Nolan, Angelle
213. Nolan, Edward T.
214. Ocheltree, Jeffrey
215. Ocheltree, Tammy
216. Ocskay, Oliver
217. Orchard, The Cathleen Living Trust, Dated March 16, 2000, Cathleen Orchard, Trustee
218. Ossofsky, William E.
219. Padgett, Dawn L. Revocable Trust, Dated January 25, 2006, Dawn L. Padgett and Dick Padgett, Trustees
220. Pagni, David L.
221. Pahmeier, Gailmarie
222. Park Livestock Co., Inc.
223. Park, Estate of Brooks, David Wallace Park and Katie Park Executors
224. Park, Estate of Jeanne C., David Wallace Park and Katie Park Executors
225. Parker, Caroline A.
226. Parraguirre, P.C. Family Trust, Dated April 13, 1993, Ronald and Kathleen Parraguirre, Trustees
227. Pemberton, The Lynda A. Revocable Living Trust, Dated June 14, 1997, Lynda A. Pemberton, Trustee
228. Peters, John
229. Pierce, George A. Pierce and Evangelina C. Revocable Living Trust, George A. Pierce and Evangelina C. Pierce, Trustees
230. Pinecrest on Hackamore, LLC
231. Poore Family Trust, Dated October 4, 2019, Danny Dale Poore and Melissa L. Poore, Trustees
232. Presto Revocable Trust, Renee Presto, Trustee
233. Prindiville, The Family Trust, Dated October 13, 1994, Michael John and Penny Louise Prindiville, Trustees
234. Pritchett, Sandra L.
235. Quinlan/Tiernan Family Trust, The, U/D/T Dated December 18, 1995, Timothy Bev Tiernan and Katherine Jane Quinlan, Trustees
236. Reck, Kristy Lin

237. Reck, Ronald Ray
238. Reed, Brian R.
239. Rehm, Rudolph
240. Rich, Margaret
241. Rich, Roxanne E.
242. Rowan, Mary Jean
243. Rudd, Laurel L.
244. Russell, Lynn M. Revocable Living Trust U/A/D October 30, 2007, Lynn M. Russell, Trustee
245. Sain, The Harry M. Sain and Mary Phyllis Trust Agreement, Dated January 26, 1993, Harry M. Sain and Mary Phyllis Sain, Trustees
246. Sanchez, Jamie L.
247. Sceirene Enterprises, LLC
248. Joe and David Sceirine Ranches
249. Schoonover Family Trust, Dated May 29, 2003, John B. and George Ann Schoonover, Trustees
250. Sciarani, Arnold Mark
251. Sciarani, Arnold Revocable Living Trust, Dated January 4, 2018, Arnold M. Sciarani, Trustee
252. Sciarani, E., Inc.
253. Seago, Joanne Living Trust, Joanne Seago, Trustee
254. Segerstom, Ann Elizabeth
255. Segerstrom, David Charles
256. Segerstrom, Donald I.
257. Segerstrom, Estate of James Farrell, Shiree Segerstrom, Executrix
258. Segerstrom, Steven Henry
259. Sergieff, Sally
260. Shanahan Family Trust, Patricia Boardman, Trustee
261. Sierra East Homeowners' Association
262. Silvester Family Trust, Dated May 27, 2009, Gerry and Margaret Silvester, Trustees
263. Sims, Nancy W.
264. Skinner/Galisky Family Trust, Dated April 1, 2016, David Skinner and Elaine Galisky, Trustees
265. Skvarna, Edward B.
266. Smith, Barbara
267. Smith, Debi L.
268. Smith, The Inter-Vivos, Revocable Family Trust of Norville W. Smith and Indra A., Norville and Indra Smith, Trustees
269. Sportsmens Bar & Grill LLC
270. Stai, Isla M.

271. Stoffel, The Family Trust U/D/T November 26, 2002, George Donald and Marilyn Stoffel, Trustees
272. Stone Family Trust, The, Dated November 25, 2008, Daniel and Cynthia Stone, Trustees
273. Stone, Douglas D.
274. Stone, Holly A.
275. Stoy Family Trust, Dated October 22, 2015, Karl E. Jr and Jane E. Stoy Trustees
276. Strong, Charles W.
277. Strong, Cornelia Susan
278. Swearngin, Mary
279. Swearngin, Stephan
280. Sweetwater Project, LLC
281. Testerman, Marvin R.
282. The Wildlands Conservancy
283. Tholke, Rachel Smith 1982 Trust, Dated May 9, 1982, Dawn R. Cooper, Successor Trustee
284. Thompson, R.D. & S.K. Trust, Richard D. Thompson and Sharon K. Thompson, Trustees
285. Thompson, Richard C.
286. Tiernan, Carolyn
287. Topaz Ranch, Inc.
288. Torres, Elizabeth
289. Torres, Merlin
290. Triple D Ranches, LLC
291. Ullman Livestock, LLC
292. Valdez, Ramon & Myrna Revocable Trust, Ramon V. Valdez and Myrna E. Valdez, Trustees
293. Valladon, The Brad E. Trust, Dated September 22, 2011, Brad E. Valladon, Trustee
294. Vaughan, Katherine
295. Ventura Hotel Corporation
296. Verdugo, Gayle H.
297. Verdugo, Paul R.
298. Walker Baptist Church, Inc.
299. Walker River Ranch, LLC
300. Wallace, Karen
301. Wallace, Earl K.
302. Webb, Carolyn J.
303. Webb, John S.
304. Wehausen, John
305. Weil, Meghan M.
306. Weil, Robert B
307. Welsh, Diane Jeanne

308. Welsh, Ned
309. Westfork
310. White Trust, Dated November 6, 1990, Jefferey A. and Sharon E. White, Trustees
311. White, Barry W.
312. Willis, Marlene
313. Willis, Randall
314. Woods, Eric
315. Woods, Merrilee Gray
316. Woodworth Family Trust, Bruce and Alison Woodworth, Trustees
317. Woodworth, Bruce
318. WRL, LLC
319. Zakar, Raymond
320. Zetterbaum Trust, Dated October 2, 1991, Martha and J.M. Zetterbaum, Trustees