# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> WALKER RIVER PAIUTE TRIBE,      ) <br> ) <br> Plaintiff-Intervenor,      ) <br> vs.      ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al.,      ) <br> ) <br> Defendants.      ) <br> ) <br> MINERAL COUNTY,      ) <br> ) <br> Plaintiff-Intervenor,      ) <br> vs.      ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al.,      ) <br> ) <br> Defendants.      ) | IN EQUITY NO. C-125-MMD <br> Subproceeding: 3:73-CV-00128-MMD-WGC <br><br> **ORDER VACATING AUGUST 25, 2021, STATUS CONFERENCE** |

Before the Court is Mineral County's *Unopposed Motion to Vacate August 25, 2021, Status Conference*. Good cause appearing, IT IS HEREBY ORDERED that the Status Conference set for Wednesday, August 25, 2021, at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

DATED: August 19, 2021.

                                                           *William G. Cobb*
                                                           _____
                                                           MAGISTRATE JUDGE

///

///

///