\_\_\_X\_\_ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

OCT 4, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>   Plaintiff-Intervenor,<br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>   Defendants.<br><br>MINERAL COUNTY,<br><br>   Plaintiff-Intervenor,<br>vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>   Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceeding: 3:73-CV-00128-MMD-WGC<br><br>**ORDER VACATING AND RESCHEDULING OCTOBER 6, 2021, STATUS CONFERENCE** |

Before the Court is Mineral County's *Unopposed Motion to Vacate October 6, 2021, Status Conference*. Good cause appearing, IT IS HEREBY ORDERED that the Status Conference set for Wednesday, October 6, 2021, at 10:00 a.m. is VACATED, and a video Status Conference is set for Tuesday, November 16, 2021, at 10:00 a.m.

  IT IS SO ORDERED.

                    _____
                    WILLIAM G. COBB
                    MAGISTRATE JUDGE

///

///

///

Respectfully submitted this 1st day of October, 2021,

/s/ Simeon M. Herskovits
Simeon M. Herskovits, Nevada Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone: (575) 758-7202
Fax: (575) 758-7203
Email: simeon@communityandenvironment.net
Email: iris@communityandenvironment.net

/s/ Sean A. Rowe
Sean A. Rowe, Nevada Bar No. 10977
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Fax: (775) 945-0740
Email: srowe@mineralcountynv.org

*Attorneys for Mineral County, Nevada*