UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>        Plaintiff-Intervenor,<br>   vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>        Defendants.<br>_____<br>MINERAL COUNTY,<br><br>        Plaintiff-Intervenor,<br>   vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>        Defendants.<br>_____ | IN EQUITY NO. C-125-MMD<br>Subproceeding: 3:73-CV-00128-MMD-CSD<br><br>**ORDER REGARDING MINERAL COUNTY'S REPORT CONCERNING RULE 4 SERVICE ON FINAL LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS** |

This Order follows Mineral County's filing of its *Report Concerning Rule 4 Service on Final List of California Riparian Property Owner Defendants* (Feb. 11, 2022) (ECF 1029), and its *Supplemental Report Concerning Rule 4 Service on California Riparian Property Owner Defendant Brian R. Reed* (Feb. 28, 2022) (ECF 1035) (together "Service Reports").

Any comments or objections were to be made no later than March 14, 2022. Mineral County reports that it has received no responses to its Service Reports.

Having reviewed Mineral County's Service Reports and supporting materials, the Court hereby APPROVES and ORDERS the relief requested therein by Mineral County.

**[Proposed] Order Regarding Mineral County's Report Concerning Rule 4 Service on Final List of California Riparian Property Owner Defendants**
Page **1** of **3**

Attachment A to this Order is a list of spelling corrections to the caption in this subproceeding. Attachment B to this Order is a list of persons and entities who are hereby DISMISSED from this action without prejudice pursuant to this Order. Attachment C to this Order is a list of persons and entities that are hereby ADDED to the Court's Unrepresented Parties list pursuant to this Order. Attachment D to this Order is a list of persons and entities for which the Court has determined that SERVICE IS COMPLETE pursuant to this Order, based on Mineral County's Service Reports.

The Court hereby CONFIRMS that Rule 4 personal service is complete as to all named Defendants in this subproceeding. Therefore, consistent with the procedure followed in the 3:73-cv-0127 subproceeding, the Court hereby ORDERS Mineral County to file a motion for service by service by publication, which will provide notice of this litigation to any potential unidentified Defendants in the categories of water users in the Walker River Basin that the Court has ordered Mineral County to serve, and which also will provide notice of this litigation to the general public.

IT IS SO ORDERED this __12th__ day of __April__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

///

///

///

[Proposed] Order Regarding Mineral County's Report Concerning Rule 4 Service on Final List of California Riparian Property Owner Defendants
Page **2** of **3**

Respectfully submitted this 11th day of April, 2022,

    /s/ Iris Thornton
Simeon M. Herskovits, Nevada Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone:  (575) 758-7202
Email:  simeon@communityandenvironment.net
Email:  iris@communityandenvironment.net

    /s/ T. Jaren Stanton
T. Jaren Stanton, Nevada Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone:  (775) 945-3636
Email: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada*

[Proposed] Order Regarding Mineral County's Report Concerning Rule 4 Service on Final List of California Riparian Property Owner Defendants
Page **3** of **3**

**ATTACHMENT A TO ORDER REGARDING MINERAL COUNTY'S REPORT CONCERNING RULE 4 SERVICE ON FINAL LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS**

**SPELLING CORRECTIONS TO THE LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS**

1. "Scott Hayes Cleatus" is amended to read "Cleatus Scott Hays"

2. "Sceirene Enterprises, LLC" is amended to read "Sceirine Enterprises, LLC"

3. "Ann Elizabeth Segerstom" is amended to read "Ann Elizabeth Segerstrom"

4. "Elizabeth Torres" is amended to read "Nancy Elizabeth Torres"

5. "White Trust, Dated November 6, 1990, Jefferey A. and Sharon E. White, Trustees" is amended to read "White Trust, Dated November 6, 1990, Jeffrey A. and Sharon E. White, Trustees"

**ATTACHMENT B TO ORDER REGARDING MINERAL COUNTY'S REPORT CONCERNING RULE 4 SERVICE ON FINAL LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS**

**LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS THAT ARE DISMISSED**

1. **Antelope Valley Fire District**

2. **Billeb, Gregory**

3. **Billeb, James William**

4. **Finch, Sandee F. Revocable Trust, Sandee F. Wills, Trustee**

5. **Hoffmann Revocable Trust, Dated February 11, 2019, Walter and Kathleen Hoffmann, Trustees**

6. **Marti, The Family Trust, Dated June 21, 2013, Stephen A. and Loretta B. Marti, Trustees**

7. **Mendoza, Ann**

8. **Mendoza, Ralph**

9. **Pierce, George A. (**as Trustee of the George A. and Evangelina C. Revocable Living Trust, George A. Pierce and Evangelina C. Pierce, Trustees) (The Trust will remain as Defendant, Evangelina C. Pierce, Trustee).

10. **Rowan, Mary Jean**

11. **Wallace**, **Karen**

**ATTACHMENT C TO ORDER REGARDING MINERAL COUNTY'S REPORT CONCERNING RULE 4 SERVICE ON FINAL LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS**

LIST OF DEFENDANTS THAT ARE ADDED TO THE COURT'S UNREPRESENTED PARTIES LIST

1. **The Kathleen Bernato 2003 Living Trust, Dated March 23, 1994, Kathleen Bernato, Trustee**

2. **Bridgeport Public Utility District**

3. **Mondon, Perry R.**

4. **Sierra East Homeowners' Association**

**ATTACHMENT D TO ORDER REGARDING MINERAL COUNTY'S REPORT CONCERNING RULE 4 SERVICE ON FINAL LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS**

**LIST OF CALIFORNIA RIPARIAN PROPERTY OWNER DEFENDANTS FOR WHOM THE COURT FINDS THAT RULE 4 SERVICE IS COMPLETE**

1. 69 Ranch, Inc.
2. Aberizk, Debra A.
3. Adams, The Lester G. Adams and Jean D. Survivor's Trust, Vicki Kay Paulbick and Jean D. Adams, Trustees
4. Ahmad, Tariq
5. Alaniz, Nancy
6. Alaniz, Ricardo
7. Aliff, Jay W.
8. Aliff, Rebecca L.
9. Alston, Margaret
10. Amos, The Richard Douglas Revocable Living Trust, Dated December 11, 1992, Richard Amos, Trustee
11. Amp Films, Inc., DBA Paradise Shores RV Park
12. Andreasen, Earl
13. Annett Family Trust, Norman W. and Kellie Annett, Trustees
14. Arendas, Christine L.
15. Ashurst, Gary
16. Austin, Maybra A.
17. Babcock, E. & M. Revocable Trust, Dated September 20, 2015, Edward L. Babcock and Marilyn Babcock, Trustees
18. Bacon, The Exempt Decedent's Trust Under the Milton E., Jr. 1992 Trust Agreement (As Restated), Dated April 26, 2007, Mary Lee Parker Bacon, Edward Ford Bacon, and Katherine Bacon, Trustees
19. Bacon, The Nonexempt Decedent's Trust Under the Milton E., Jr. 1992 Trust Agreement (As Restated), Dated April 26, 2007, Mary Lee Parker Bacon, Edward Ford Bacon and Katherine Bacon, Trustees
20. Baima, Sandra K.
21. Baima, Thomas F.
22. Barnato, The Kathleen 2003 Living Trust, Dated March 23, 1994, Kathleen Bernato, Trustee
23. Barnes, The R. & A. Trust, Dated December 16, 1999, Robert I. and Agnes L. Barnes, Trustees
24. Batatian, Mark M.
25. Batatian, Patricia J.
26. Bentley Family Trust, Patty S. Bentley, Trustee
27. Berry, Thomas P.
28. Berry, Timothy
29. Berry, William S
30. Berry-Rathsack, Lori
31. Boardman Family Trust, Dated April 30, 2008, Nancy Boardman, Trustee

32. Bostrom, Robert F.
33. Brandon, Arnold Dean
34. Brandon, Matthew Shane
35. Bridgeport Properties Trust, Dated October 25, 2006, Patrick Parraguirre, Trustee
36. Bridgeport Public Utility District
37. Bridgeport Storage Units, LLC
38. Bridges, Ann
39. Brooks 2009 Trust, John R. Brooks, Trustee
40. Brooks, The Lynnette L. Survivor's Trust, Lynette L. Brooks, Trustee
41. Brown, Estate of Roy A., Debi L. Smith, Executrix
42. Brown, Robert C. Family Trust, Dated February 28, 2014, Robert C. Brown, Trustee
43. Brown, William Elmwood
44. Brueckner, Eric
45. Bryant, Beverlee A.
46. Bryant, William A.
47. Bundy-Napp, The Leontine 2009 Trust, Leontine Bundy-Nappe, Trustee
48. Byrd, Jerry W.
49. Byrd, Nyla L.
50. Callahan, Michael D.
51. Cano, Albert G.
52. Carruth Family Trust, Dated August 2, 2001, Dennis C. and Lina S. Carruth, Trustees
53. Casados Living Trust, Dated December 10, 2009, Debra Lynn Casados, Trustee
54. Cassidy, Annette
55. Castaneda, Diana Theresa
56. Castaneda, Russell P.
57. Cavnar, Donn
58. Cecil, The John and Shirley Revocable Living Trust, John Dow and Shirley Diane Cecil, Trustees
59. Chango, Damian S.A.
60. Chichester, Gerry Trust, Dwain Chichester Trustee
61. Chichester, Alan
62. Chichester, Dwain
63. Chichester, Judy
64. Chichester, Lloyd K.
65. Chop, Frank Albert
66. Clark, The Family Trust, Dated June 11, 2009, Drew J. and Ruth E. Clark, Trustees
67. Clark, Veronica I.
68. Clifton, Charles G.
69. Cochran, Lauretta L.
70. Cochran, Phillip A.
71. Coffron, James R.
72. Coffron, Judith M.
73. Cordtz, Jeff
74. Cowcamp, LLC
75. Curry Family Trust, Dated June 14, 2011, Robert R. Curry and Bonnie L. Curry, Trustees
76. Curti Land Company, LLC

77. Curti Ranch, LLC
78. Daniels, Victoria
79. Davis Diane L.
80. Davis, Karen A.
81. Disbro, Heather J.K.
82. Disbro, James S.
83. Donahue, Karen
84. Donahue, Roger
85. Donovan, Dwight
86. Donovan, Heather
87. Double R. Family Ranch, LLC
88. Drew, Stella Marie
89. Duncan, Loraine
90. Dunn, Robert
91. Dunn, Tammy
92. Durfee Trust, Dated October 19, 2007, James Lee and Kathryn M. Durfee, Trustees
93. Dykes, Gary P.
94. Eastern Sierra Land Trust
95. Eaton, The K. J. Family Trust, Dated October 25, 2011, Kenneth A. and Joan C. Eaton, Trustees
96. Eberhardt, Richard L.
97. Eberhardt, Susan W.
98. Emery, Dawne
99. Emery, The Brett A. Revocable Trust UTD December 27, 1999, Brett A. Emery, Trustee
100. Enos, The Maynard M. Enos and Ann L. Revocable Trust Under Trust Agreement Dated March 16, 1995, Maynard M. and Anne L. Enos, Trustees
101. Etcheberry Family Trust, Paul W. Etcheberry and Lois E. Etcheberry Trustees
102. Farias Trust, The, Dated September 1, 2016, Leslie Farias Trustee
103. Fascia, Erick R.
104. Felber, The John H. Trust, Dated September 4, 2002, John H. Felber, Trustee
105. Freer, The Linda Family Trust, Dated November 23, 2003, Linda Freer, Trustee
106. Fulstone, Suellen
107. Gansberg Family Trust, Dated December 22, 2003, Chris and Faye Gansberg Trustees
108. Gansberg, Todd 2021 Trust, Todd C. Gansberg, Trustee
109. Gansberg, Todd C.
110. Gerbig, Josephine A.
111. Gilleland, Avery C., Jr.
112. Gilleland, Theresa A.
113. Gilster, The George W. Gilster and Carol D. Family Trust, Dated August 27, 1990, George W. and Carol D. Gilster, Trustees
114. Giovacchini Family 1989 Trust, Trust "A", Sherri Billman, Trustee
115. Gladding Family 1995 Trust, The, Marion A. Gladding, Trustee
116. Gomes, Christopher J.
117. Gomes, Samantha S.
118. Graves, Olive Mae Trust, Olive Mae Graves, Trustee
119. Hair, Rochelle

120. Haley Underground, Inc.
121. Hall Family Trust, The, Dated May 6, 1986, Mark H. Hall and Nadine Hall, Trustees
122. Hall, The Chad T. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee
123. Hall, The Gregson B. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee
124. Hall, The Mark H. Irrevocable Trust, Dated January 1, 1989, Mark H. Hall, Trustee
125. Hamlin, David R.
126. Hamlin, Joyce
127. Hamlin, Robert E.
128. Hampel Living Trust, Dated March 20, 2006, Robert and Annette L. Hampel, Trustees
129. Haramis Family Trust, Dated May 31, 2018, Costa and Alison Haramis, Trustees
130. Harmon, The Everett E. and Caroline F. Family Trust, Everett E. and Caroline F. Harmon, Trustees
131. Hawkins, Cole C.
132. Hays, Cleatus Scott
133. Hays, Ivan E.
134. Hersey, Estate of Clair L.
135. Hickey Living Trust, The, Dated April 4, 2001, Patrick and Shin M. Hickey, Trustees
136. Hilton, William Barron Trust U/D/T March 16, 1992, William Barron Hilton, Trustee
137. Himmelrick, Jeffrey C.
138. Himmelrick, Martha
139. Hollender, George W.
140. Holmberg, Michael Frederick
141. Hontalas Trust, Dated August 30, 2012, Theodore J. Hontalas and Randi M. Hontalas, Trustees
142. Hudeco, Inc.
143. Huggans Survivors Trust, Jan K. Huggans, Trustee
144. Humiston, Karin S.
145. Hussman, Mary Fulstone
146. Hysell Family Trust, Carol Hysell, Trustee
147. Johnson, Laurence William and Janus Leta Trust/Survivor's Trust, Dated December 7, 2005, Janus Leta Baez, Trustee
148. Johnson, Richard D.
149. Johnson, The Donald M. Trust, Created December 3, 2009, Donald M. Johnson, Trustee
150. Joseph, Marcia
151. Katusich, Mary L.
152. Katusich, Michael W.
153. Kelly Family Trust, Dated November 1, 2017, Timothy and Lisa Kelly, Trustees
154. Kelly, James V.
155. Kelly, Suzanne D.
156. Kircher, Roger R. 2005 Revocable Trust, Roger R. Kircher, Trustee
157. Knauss, Mark A.
158. Koketsu, Kristen Asano
159. Kraft, Kevin G.
160. Kraft, Trust "B" Warren J. Kraft and Carrell B. Declaration of Trust Dated July 2, 1987, Warren J. Kraft, Trustee
161. Lafferty 2001 Family Trust, Dated November 26, 2001, Loren W. Lafferty and Elizabeth T. Lafferty, Trustees

162. Lancaster Family Living Trust, Shirley J. and Wallace A. Lancaster, Trustees
163. Lembas, The Barbara J. 1982 Trusts, Dated December 8, 1982, Barbara J. and Gerald G. Lembas, Trustees
164. Lezak 2009 Revocable Family Trust, Dated April 27, 2009, Cheryl Lezak, Trustee
165. Linn, The 2013 Family Trust, Dated June 12, 2013, Steven J. and Kathleen L. Linn, Trustees
166. Little, Brinn E. (DBA Virginia Creek Settlement)
167. Little, James Edgar (DBA Virginia Creek Settlement)
168. Locke, Karen M.
169. Locke, Michael E.
170. Long, R. D. Long and Terry R. Trust, Dated June 10, 1997, Richard and Terry Long, Trustees
171. Lozenski, James L.
172. MacBride, John
173. MacBride, Pam A.
174. Madrigal, Maria C.
175. Marine, Robert P. Marine and Rose M. Revocable Living Trust, Dated January 11, 1990, Robert P. Marine and Rose M. Marine, Trustees
176. Marsh, Bick
177. Martin, The 2005 Lenore Revocable Trust, Dated March 31, 2005, Lenore M. Martin, Trustee
178. Martinez, Marlene Ann
179. Masterson, Marianne J. 2000 Living Trust, Marianne J. Masterson, Trustee
180. May Living Trust, Dated December 30, 2019, Michael M. May, Trustee
181. May, Michael L. Trust, Dated July 7, 2010, Michael L. May, Trustee
182. Mayer, Linda D.
183. Mayer, William T.
184. McCann, John C.
185. McCoy Cheryl Ann
186. McDevitt, Daniel P.
187. McDonnell, Patricia Trust, McDonnell Patricia, Trustee
188. McKnight, Janice
189. McKnight, John
190. McPhee, Allan E.
191. Mondon, Perry R.
192. Morehead, Hilton 2009 Trust, Dated September 21, 2009, Martin Andrew Hilton and Elizabeth Riegle Morehead, Trustees
193. Morris, Brianna
194. Morris, Lori A.
195. Morris, Robert D.
196. Mueller Family Trust, Dated September 20, 2018, Joseph R. Mueller and Shelby M. Mueller, Trustees
197. Neff, Brian Wayne
198. Neff, Colleen
199. Neff, Glenn
200. Nelson, Jeanette
201. Newbold, Richard D.

202. Newell, James Allen
203. Newell, Patricia Black
204. Nolan, Angelle
205. Nolan, Edward T.
206. Ocheltree, Jeffrey
207. Ocheltree, Tammy
208. Ocskay, Oliver
209. Orchard, The Cathleen Living Trust, Dated March 16, 2000, Cathleen Orchard, Trustee
210. Ossofsky, William E.
211. Padgett, Dawn L. Revocable Trust, Dated January 25, 2006, Dawn L. Padgett and Dick Padgett, Trustees
212. Pagni, David L.
213. Pahmeier, Gailmarie
214. Park Livestock Co., Inc.
215. Park, Estate of Brooks, David Wallace Park and Katie Park Executors
216. Park, Estate of Jeanne C., David Wallace Park and Katie Park Executors
217. Parker, Caroline A.
218. Parraguirre, P.C. Family Trust, Dated April 13, 1993, Ronald and Kathleen Parraguirre, Trustees
219. Pemberton, The Lynda A. Revocable Living Trust, Dated June 14, 1997, Lynda A. Pemberton, Trustee
220. Peters, John
221. Pierce, George A. Pierce and Evangelina C. Revocable Living Trust, Evangelina C. Pierce, Trustee
222. Pinecrest on Hackamore, LLC
223. Poore Family Trust, Dated October 4, 2019, Danny Dale Poore and Melissa L. Poore, Trustees
224. Presto Revocable Trust, Renee Presto, Trustee
225. Prindiville, The Family Trust, Dated October 13, 1994, Michael John and Penny Louise Prindiville, Trustees
226. Pritchett, Sandra L.
227. Quinlan/Tiernan Family Trust, The, U/D/T Dated December 18, 1995, Timothy Bev Tiernan and Katherine Jane Quinlan, Trustees
228. Reck, Kristy Lin
229. Reck, Ronald Ray
230. Reed, Brian R.
231. Rehm, Rudolph
232. Rich, Margaret
233. Rich, Roxanne E.
234. Rudd, Laurel L.
235. Russell, Lynn M. Revocable Living Trust U/A/D October 30, 2007, Lynn M. Russell, Trustee
236. Sain, The Harry M. Sain and Mary Phyllis Trust Agreement, Dated January 26, 1993, Harry M. Sain and Mary Phyllis Sain, Trustees
237. Sanchez, Jamie L.
238. Sceirine Enterprises, LLC
239. Joe and David Sceirine Ranches

| | |
|---|---|
| 240. | Schoonover Family Trust, Dated May 29, 2003, John B. and George Ann Schoonover, Trustees |
| 241. | Sciarani, Arnold Mark |
| 242. | Sciarani, Arnold Revocable Living Trust, Dated January 4, 2018, Arnold M. Sciarani, Trustee |
| 243. | Sciarani, E., Inc. |
| 244. | Seago, Joanne Living Trust, Joanne Seago, Trustee |
| 245. | Segerstrom, Ann Elizabeth |
| 246. | Segerstrom, David Charles |
| 247. | Segerstrom, Donald I. |
| 248. | Segerstrom, Estate of James Farrell, Shiree Segerstrom, Executrix |
| 249. | Segerstrom, Steven Henry |
| 250. | Sergieff, Sally |
| 251. | Shanahan Family Trust, Patricia Boardman, Trustee |
| 252. | Sierra East Homeowners' Association |
| 253. | Silvester Family Trust, Dated May 27, 2009, Gerry and Margaret Silvester, Trustees |
| 254. | Sims, Nancy W. |
| 255. | Skinner/Galisky Family Trust, Dated April 1, 2016, David Skinner and Elaine Galisky, Trustees |
| 256. | Skvarna, Edward B. |
| 257. | Smith, Barbara |
| 258. | Smith, Debi L. |
| 259. | Smith, The Inter-Vivos, Revocable Family Trust of Norville W. Smith and Indra A., Norville and Indra Smith, Trustees |
| 260. | Sportsmens Bar & Grill LLC |
| 261. | Stai, Isla M. |
| 262. | Stoffel, The Family Trust U/D/T November 26, 2002, George Donald and Marilyn Stoffel, Trustees |
| 263. | Stone Family Trust, The, Dated November 25, 2008, Daniel and Cynthia Stone, Trustees |
| 264. | Stone, Douglas D. |
| 265. | Stone, Holly A. |
| 266. | Stoy Family Trust, Dated October 22, 2015, Karl E. Jr and Jane E. Stoy Trustees |
| 267. | Strong, Charles W. |
| 268. | Strong, Cornelia Susan |
| 269. | Swearngin, Mary |
| 270. | Swearngin, Stephan |
| 271. | Sweetwater Project, LLC |
| 272. | Testerman, Marvin R. |
| 273. | The Wildlands Conservancy |
| 274. | Tholke, Rachel Smith 1982 Trust, Dated May 9, 1982, Dawn R. Cooper, Successor Trustee |
| 275. | Thompson, R.D. & S.K. Trust, Richard D. Thompson and Sharon K. Thompson, Trustees |
| 276. | Thompson, Richard C. |
| 277. | Tiernan, Carolyn |
| 278. | Topaz Ranch, Inc. |
| 279. | Torres, Nancy Elizabeth |
| 280. | Torres, Merlin |

281. Triple D Ranches, LLC
282. Ullman Livestock, LLC
283. Valdez, Ramon & Myrna Revocable Trust, Ramon V. Valdez and Myrna E. Valdez, Trustees
284. Valladon, The Brad E. Trust, Dated September 22, 2011, Brad E. Valladon, Trustee
285. Vaughan, Katherine
286. Ventura Hotel Corporation
287. Verdugo, Gayle H.
288. Verdugo, Paul R.
289. Walker Baptist Church, Inc.
290. Walker River Ranch, LLC
291. Wallace, Earl K.
292. Webb, Carolyn J.
293. Webb, John S.
294. Wehausen, John
295. Weil, Meghan M.
296. Weil, Robert B
297. Welsh, Diane Jeanne
298. Welsh, Ned
299. Westfork
300. White Trust, Dated November 6, 1990, Jeffrey A. and Sharon E. White, Trustees
301. White, Barry W.
302. Willis, Marlene
303. Willis, Randall
304. Woods, Eric
305. Woods, Merrilee Gray
306. Woodworth Family Trust, Bruce and Alison Woodworth, Trustees
307. Woodworth, Bruce
308. WRL, LLC
309. Zakar, Raymond
310. Zetterbaum Trust, Dated October 2, 1991, Martha and J.M. Zetterbaum, Trustees