Simeon M. Herskovits, Nevada Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone: (575) 758-7202
Fax: (575) 758-7203
Email: simeon@communityandenvironment.net
Email: iris@communityandenvironment.net

T. Jaren Stanton, Nevada Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Fax: (775) 945-0740
Email: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>　　　　　Plaintiff-Intervenor,<br>　　vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　　Defendants.<br>_____<br>MINERAL COUNTY,<br><br>　　　　　Plaintiff-Intervenor,<br>　　vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>　　　　　Defendants.<br>_____ | IN EQUITY NO. C-125-MMD<br>Subproceeding: 3:73-CV-00128-MMD-CSD<br><br><br>**ORDER APPROVING AND<br>ADOPTING UPDATED CAPTION** |

This Order follows the filing of an updated caption by Mineral County on July 1, 2022.

The Court FINDS that the updated caption submitted by Mineral County accurately reflects all orders of the Court as of the date it was submitted.

Therefore, the Court hereby APPROVES and ADOPTS the updated caption submitted by Mineral County on July 1, 2022.

IT IS SO ORDERED this  5th  day of  July , 2022.



UNITED STATES MAGISTRATE JUDGE