# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>WALKER RIVER PAIUTE TRIBE,<br><br>    Plaintiff-Intervenor,<br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants.<br>_____<br>MINERAL COUNTY,<br><br>    Plaintiff-Intervenor,<br>    vs.<br><br>WALKER RIVER IRRIGATION DISTRICT,<br>a corporation, et al.,<br><br>    Defendants.<br>_____ | IN EQUITY NO. C-125-MMD<br>Subproceeding: 3:73-CV-00128-MMD-CSD<br><br><br>**ORDER DISMISSING KRISTY L. AND RONALD RECK AS DEFENDANTS** |

Before the Court are Defendants Kristy L. and Ronald Reck's July 28, 2022, *Disclaimer of Interest in Water Rights and Notice of Related Information and Documentation Supporting Disclaimer,* ECF 1061, and Plaintiff-Intervenor Mineral County's August 19, 2022, *Motion to Dismiss Kristy L. and Ronald Reck as Defendants*.

GOOD CAUSE APEARING, THE COURT ORDERS that Mineral County's *Motion to Dismiss Kristy L. and Ronald Reck as Defendants* is hereby GRANTED, and Kristy L. Reck and Ronald Reck are hereby DISMISSED as Defendants from this subproceeding.  Pursuant to the Court's *Revised Proposed Order Concerning Service Issues Pertaining to Defendants Who Have Been Served*, Kristy L. Reck and Ronald Reck are "ultimately responsible for the accuracy of

**[Proposed] Order Dismissing Kristy L. and Ronald Reck as Defendants**
Page **1** of **2**

[their] filing … [and] any defendant who files such a motion, but, in fact, retains the water rights addressed in this motion, shall nevertheless be bound by the results of this litigation." ECF 542, at 14.

Dated: ___August 19_____, 2022.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 19th day of August, 2022,

    /s/ Iris Thornton
Simeon M. Herskovits, Nevada Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone: (575) 758-7202
Fax: (575) 758-7203
Email: simeon@communityandenvironment.net
Email: iris@communityandenvironment.net

    /s/ T. Jaren Stanton
T. Jaren Stanton, Nevada Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Fax: (775) 945-0740
Email: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada*

**[Proposed] Order Dismissing Kristy L. and Ronald Reck as Defendants**
Page **2** of **2**