Simeon M. Herskovits, Nevada Bar No. 11155
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Phone: (575) 758-7202
Fax: (575) 758-7203
Email: simeon@communityandenvironment.net
Email: iris@communityandenvironment.net

T. Jaren Stanton, Nevada Bar No. 15362
Mineral County District Attorney
P.O. Box 1210
Hawthorne, Nevada 89415
Phone: (775) 945-3636
Fax: (775) 945-0740
Email: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada, and Walker Lake Working Group*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> WALKER RIVER PAIUTE TRIBE, ) <br> ) <br> Plaintiff-Intervenor, ) <br> vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, ) <br> a corporation, et al., ) <br> ) <br> Defendants. ) <br> _____ ) <br> MINERAL COUNTY, ) <br> ) <br> Plaintiff-Intervenor, ) <br> vs. ) <br> ) <br> WALKER RIVER IRRIGATION DISTRICT, <br> a corporation, et al., <br> <br> Defendants. | IN EQUITY NO. C-125 <br> CASE NO. 3:73-CV-00128-MMD-CSD <br> <br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN** <br> <br> **(First Request)** |

1. On August 18, 19, 24, and 29, 2022, a number of Defendants filed answers to Mineral County's *Second Amended Complaint in Intervention*, which filings triggered the requirement that the parties meet and confer under Fed. R. Civ. P. 26(f) and Local Rule 26-1 to discuss a proposed scheduling order and discovery plan.  *See* ECF 1063, 1064, 1065, 1067, 1068, 1070, & 1072.

2. On September 20, 2022, Counsel for Mineral County and the Walker Lake Working Group ("Mineral County") and Counsel for the Walker River Irrigation District (the "District"), the Nevada Department of Wildlife ("NDOW"), Lyon County and Centennial Livestock, Mono County, Desert Pearl Farms, Peri Family Ranch LLC, Peri & Peri, LLC and Frade Ranches, the Schroeder Group and California State Water Resources Control Board, California Department of Fish and Wildlife and California Department of Parks and Recreation (the "California State Agencies")(collectively, the "Principal Defendants") conferred by telephone pursuant to Fed. R. Civ. P. 26(f) and LR 26-1.

3. In addition, during that conference, Mineral County and the Principal Defendants also discussed the need to include in their discussions additional individuals and entities who have filed Answers in this matter and may participate in discovery, pre-trial motion practice, and trial, if one becomes necessary.

4. During the September 20, 2022 conference, Mineral County and the Principal Defendants discussed the need to clarify the issues related to Mineral County's Claim and the Defenses to that Claim, and which of those issues will require discovery and the nature and extent of such discovery, as well as the possible phasing of discovery, before they could submit a proposed Scheduling Order and Discovery Plan as required by the relevant Federal Rules of Civil Procedure and the Local Rules of this Court.

5. Further, due to the evolution of circumstances since the filing of Mineral County's *First Amended Complaint in Intervention* in 1994, and as a result of a number of court orders which have been issued since that time, additional discussion is required in order to ensure that discovery proceeds within an appropriate scope and in as efficient a manner as possible.

6.      Consequently, in order to reach an agreement on these issues for a proposed Scheduling Order and Discovery Plan, Mineral County and the Principal Defendants require additional time.

7.      Mineral County and the Principal Defendants believe this work can be completed, and a stipulated Scheduling Order and Discovery Plan contemplated by Fed. R. Civ. P. 26(f) and Local Rule 26-1 can be filed, by Tuesday, November 22, 2022.

8.      If Mineral County and the Principal Defendants are unable to agree on a stipulated Scheduling Order and Discovery Plan by November 22, 2022, they will submit, either individually or jointly, proposed Scheduling Orders and Discovery Plans which set forth the subjects on which there is agreement and on which there is disagreement by that same date.

NOW THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule IA 6-1, the Parties hereby stipulate and agree as follows:

1.      Mineral County and the Principal Defendants will have until and including Tuesday, November 22, 2022, to agree upon and file a stipulated Scheduling Order and Discovery Plan, under Fed. R. Civ. P. 26(f).

2.      If Mineral County and the Principal Defendants are unable to agree upon a proposed Scheduling Order and Discovery Plan by November 22, 2022, then by that same date, they will either individually or jointly submit proposed Scheduling Orders and Discovery Plans which set forth subjects on which there is agreement and on which there is disagreement.

3.      Mineral County and the Principal Defendants will include in the future discussions referenced herein all Defendants who filed answers to Mineral County's *Second Amended Complaint in Intervention,* and who desire to participate in discovery, pre-trial motion practice, and trial, if one becomes necessary.

| | |
|---|---|
| Date: September 30, 2022 | ADVOCATES FOR COMMUNITY & ENVIRONMENT<br>P.O. Box 1075<br>El Prado, New Mexico 87529<br><br>By: /s/ Simeon Herskovits<br>Simeon Herskovits, NSB # 11155<br>*Attorney for Mineral County, Nevada* |

Date: September 30, 2022

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By: /s/ (per authorization)
Gordon H. DePaoli, NSB # 195
*Attorneys for Walker River Irrigation District*

Date: September 30, 2022

BEST BEST & KRIEGER
2001 N. Main Street, Suite 390
Walnut Creek, California 94596
Jerry Snyder, NSB # 6830

By: /s/ (per authorization)
Roderick E. Watson
*Attorney for Lyon County and Centennial Livestock*

Date: September 30, 2022

SCHROEDER LAW OFFICES, P.C.
10615 Double R. Blvd. #100
Reno, Nevada 89521

By: /s/ (per authorization)
Therese Ure Stix, NSB # 10255 *Attorney for The Schroeder Group*

Date: September 30, 2022

STATE OF NEVADA OFFICE OF THE
ATTORNEY GENERAL
100 N. Carson Street
Carson City, Nevada 89701-4717

By: /s/ (per authorization)
Anthony J. Walsh, NSB # 14128
*Attorney for Nevada Department of Wildlife*

Date: September 30, 2022

THE COUNTY OF MONO (CA)
P.O. Box 2415A
Mammoth Lakes, California 93546-2415

By: /s/ (per authorization)
Stacey Simon, County Counsel
Emily Fox, Dep. County Counsel
*Attorneys for Mono County*

Date: September 30, 2022            SIMONS HALL JOHNSTON PC
                                    22 State Route 208
                                    Yerington, Nevada 89447

                                    By: /s/ (per authorization)
                                    Brad M. Johnston, NSB # 8515
                                    *Attorney for Desert Pearl Farms,*
                                    *Peri Family Ranch, LLC, Peri & Peri LLC,*
                                    *and Frade Ranches*

Date: September 30, 2022            STATE OF CALIFORNIA OFFICE OF THE
                                    ATTORNEY GENERAL
                                    1300 I Street, Suite 125
                                    P.O. Box 944255
                                    Sacramento, California 94244-2550

                                    By: /s/ (per authorization)
                                    Rob Bonta, Attorney General of California
                                    Russell B. Hildreth, Supervising Deputy Attorney General
                                    Nhu Q. Nguyen, Deputy Attorney General
                                    NSB # 7844
                                    *Attorneys for California State Agencies*

**ORDER**

Dated: __October 3_____, 2022.    IT IS SO ORDERED.

                                       _____
                                       Craig S. Denney
                                       United States Magistrate Judge