AARON D. FORD
  Attorney General
NICOLE N. TING (Bar No. 12289)
  Deputy Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
T: (775) 684-1213
E: nnting@ag.nv.gov

*Attorneys for Nevada Department of Wildlife*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br><br> WALKER RIVER IRRIGATION DISTRICT, a Corporation, *et al.*, <br><br> Defendants. | IN EQUITY NO. C-125-MMD <br><br> Case No: 3:73-CV-00128-MMD-CSD <br><br> ORDER GRANTING **SUBSTITUTION OF COUNSEL** |
| MINERAL COUNTY, <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br><br> Defendants. | |

The State of Nevada, *ex rel.*, its Nevada Department of Wildlife ("NDOW") by and through counsel, Attorney General for the State of Nevada AARON D. FORD, hereby notifies the Court and respective parties to this action that NICOLE N. TING, Deputy Attorney General, has assumed responsibility for representing the interests of the

Defendant/Respondent and the interests of the State of Nevada in the above-entitled action.

Senior Deputy Attorney General ANTHONY J. WALSH is no longer the attorney responsible for the handling of this case for the Office of the Attorney General and should be removed as attorney of record for the Defendant/Respondent in this case. It is hereby requested that all further pleadings be served on me and that any contact by the court personnel or plaintiff be directed to my attention.

DATED this 5th day of March, 2024.

>AARON D. FORD
>Attorney General
>
>By: /s/ Nicole N. Ting
>NICOLE N. TING (Bar No. 12289)
>Deputy Attorney General
>Office of the Attorney General
>100 North Carson Street
>Carson City, Nevada 89701-4717
>T: (775) 684-1213
>E: nnting@ag.nv.gov
>
>*Attorneys for Nevada Dept. of Wildlife*

IT IS SO ORDERED.

DATED: March 6, 2024.

_____
UNITED STATES MAGISTRATE JUDGE