**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WALKER RIVER PAIUTE TRIBE,

    Plaintiff -Intervenor,

v.

WALKER RIVER IRRIGATION
DISTRICT, a corporation, et al.,

    Defendants.

MINERAL COUNTY,

    Plaintiff -Intervenor,

v.

WALKER RIVER IRRIGATION
DISTRICT, a corporation, et al.,

    Defendants.

IN EQUITY NO. C-125-MMD
Case No.: 3:73-cv-00128-MMD-CSD

**ORDER**

Re: ECF No. 1098

    Before the court is the Schroeder Group's Motion for Reclassification of Principal Defendant. (ECF No. 1098.) Defendants Mineral County, Nevada, and Walker Lake Working Group have filed a non-opposition to the motion. (ECF No. 1099.) No response was filed

by Plaintiff.  The court notes that a similar motion for reclassification by the Schroeder Group was approved in Case No. 3:73-cv-00127-MMD-CSD on December 16, 2021 (ECF No. 2686).

Good cause appearing, the Schroeder Group's Motion for Reclassification of Principal Defendant (ECF No. 1098) is **<u>GRANTED</u>**.  Henceforth, the Schroeder Group Defendants are no longer required to participate and coordinate as a "Principal Defendant" as defined in this litigation.

**IT IS SO ORDERED**.

Dated: April 9, 2024.

Craig S. Denney
United States Magistrate Judge

2