| | |
|---|---|
| Iris Thornton, *pro hac vice* <br> Advocacy for Community and Environment <br> P.O. Box 120 <br> Arroyo Seco, NM 87514 <br> Phone: (505) 504-2610 <br> E-mail: iris@communityandenvironment.net | Kenneth Tedford, Nevada State Bar No. 14629 <br> Mineral County District Attorney <br> P.O. Box 1210 <br> Hawthorne, NV 89415 <br> Phone: (775) 945-3636 <br> Email: ktedford@mineralcountynv.org |

T. Jaren Stanton, Nevada State Bar No. 15362
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
E-mail: jstanton@mineralcountynv.org

*Attorneys for Mineral County, Nevada, and Walker Lake Working Group*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> WALKER RIVER PAIUTE TRIBE, <br><br> Plaintiff-Intervenor, <br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br><br> Defendants. <br><br> MINERAL COUNTY, <br><br> Plaintiff-Intervenor, <br> vs. <br><br> WALKER RIVER IRRIGATION DISTRICT, a corporation, et al., <br><br> Defendants. | IN EQUITY NO. C-125-MMD <br><br> Case No.: 3:73-CV-00128-MMD-CSD <br><br> **STIPULATION FOR SUBSTITUTION OF RESIDENT LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Mineral County, Nevada, and Walker Lake Working Group hereby substitute incoming Mineral County District Attorney, Kenneth Tedford, Nevada State Bar Number 14629, in place and stead of outgoing Mineral County District Attorney T. Jaren Stanton, Nevada State Bar Number 15362, and deceased attorney Simeon Herskovits, Nevada Bar No. 11155, *see* ECF 1111, as resident local counsel for Iris Thornton.

DATED: 6-11-2025

Tony Ruse, Chairperson
*Mineral County Board of Commissioners*

DATED: 6/11/2025

Glenn Bunch, President
*Walker Lake Working Group*

I consent to the above substitution.

DATED: 6/11/2025

T. Jaren Stanton
*Mineral County and Walker Lake Working Group Resident Local Counsel*

DATED: 6/12/25

Iris Thornton
*Mineral County and Walker Lake Working Group Counsel of Record*

I am duly admitted to practice in this district. Above substitution accepted.

DATED: 6/11/2025

Kenneth Tedford
*Mineral County and Walker Lake Working Group Resident Local Counsel*

APPROVED

DATED: June 12, 2025

Craig S. Denney
United States Magistrate Judge

Page 2 of 3

Respectfully submitted this 12th day of June, 2025.

_____
Kenneth Tedford
Nevada State Bar No. 14629
Mineral County District Attorney
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
Fax: (775) 945-0700
E-mail: ktedford@mineralcountynv.org

_____
Iris Thornton, *pro hac vice*
Advocacy for Community and Environment
P.O. Box 120
Arroyo Seco, NM 87514
Telephone: (505) 504-2610
Email: iris@communityandenvironment.net

_____
T. Jaren Stanton, Nevada State Bar No. 15362
P.O. Box 1210
Hawthorne, NV 89415
Phone: (775) 945-3636
Fax: (775) 945-0700
E-mail: jstanton@mineralcountynv.org