SCHROEDER LAW OFFICES, P.C.
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>THE WALKER RIVER PAIUTE TRIBE,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,<br><br>Defendants. | IN EQUITY NO. C-125-MMD<br>Subproceedings: C-125-C<br>3:73-CV-00128-MMD-WGC<br>ORDER GRANTING<br>**MOTION FOR WITHDRAWAL AS COUNSEL** |

### **MOTION**

PLEASE TAKE NOTICE that Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi, by and through their attorneys Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, of Schroeder Law Offices, P.C., hereby move this court for an order to withdrawal as counsel for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti;

**PAGE 1 – MOTION FOR WITHDRAWAL AS COUNSEL**



and Donald Giorgi in the above-captioned matter.[1] This motion is made and based upon the Memorandum of Points and Authorities submitted herein and Affidavit of Caitlin R. Skulan filed concurrently as Exhibit 1.

### MEMORANDUM OF POINTS AND AUTHORITIES

Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi bring forth this Motion as they all wish to proceed as unrepresented parties in this case. This motion is brought pursuant to LR IA 11-6, and is supported by the Affidavit of Caitlin R. Skulan filed in conjunction herewith as Exhibit 1.

Local Rule IA 11-6(b) provides, in part, that attorneys may not withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel. Schroeder Law Offices has corresponded with Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi as to this withdrawal, and will provide a copy of this motion to Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi. Further, all other counsel and parties in this case will receive notice of this Motion as described in the certificate of service attached hereto.

Local Rule IA 11-6(e) further states "no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." No delay of any kind will result from Schroeder Law Offices' withdrawal, as Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi will all

---

[1] The following parties continue to be represented by Schroeder Law Offices, P.C. as the "Schroeder Group:" Fenili Family Trust c/o Peter Fenili and Veronica Fenili, Trustees; and Smith Valley Garage, Inc. c/o Dan and Shawna Smith.

PAGE 2 – MOTION FOR WITHDRAWAL AS COUNSEL



continue to participate as unrepresented parties as defined in this Court's March 8, 2019 *Order Discontinuing Service by Postcard Notice* (ECF No. 2439).

Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi have provided the following contact information to continue as an unrepresented parties and thereby respectfully request addition to the electronic service list to receive service of documents at the following addresses:

Six-N Ranch, Inc.
Richard and Cynthia Nuti
P.O. Box 49
Smith, NV 89430
Email: *six-n-ranch@outlook.com*

John and Lura Weaver Family Trust
Lura Weaver, Trustee
59 Rowntree Lane
Smith, NV 89430
Email: *nevadalu@yahoo.com*

Michael and Nancy Nuti
P.O. Box 80
Wellington, NV 89444
Email: *nutimichael@gmail.com*

Ralph C. and Mary R. Nuti
98 State Route 338
Smith, NV 89430
Email: *farm.assist@live.com*

Ralph E. and Mary E. Nuti
P.O. Box 49
Smith, NV 89430
Email: *maryen3434@outlook.com*

Larry and Leslie Nuti
73 Albright Lane
Smith, NV 89430
Email: *leslienuti@aol.com*

PAGE 3 – MOTION FOR WITHDRAWAL AS COUNSEL



10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE (775) 786-8800   FAX (877) 600-4971

Donald Giorgi
34 B Mackenzie Lane
Yerington, NV 89447
Email: lyndiegiorgi@hotmail.com

## **CONCLUSION**

For the reasons set forth above, Laura A. Schroeder, Therese A. Ure Stix and Caitlin R. Skulan, attorneys of record by and through Schroeder Law Offices, P.C., hereby request an order from the Court to withdraw as counsel for Six-N Ranch, Inc. c/o Richard and Cynthia Nuti; John and Lura Weaver Family Trust c/o Lura Weaver; Michael and Nancy Nuti; Ralph C. and Mary R. Nuti; Ralph E. and Mary E. Nuti; Larry and Leslie Nuti; and Donald Giorgi.

DATED this 2nd day of July, 2026.

SCHROEDER LAW OFFICES, P.C.

/s/ *Caitlin R. Skulan*
Laura A. Schroeder, NSB #3595
Therese A. Ure Stix, NSB #10255
Caitlin R. Skulan, NSB #15327
10615 Double R Blvd., Suite 100
Reno, NV 89521
PHONE: (775) 786-8800, FAX: (877) 600-4971
counsel@water-law.com
*Attorneys for Schroeder Group*

IT IS SO ORDERED.

DATED: July 6, 2026

Craig S. Denney
United States Magistrate Judge

PAGE 4 – MOTION FOR WITHDRAWAL AS COUNSEL

