**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WALKER RIVER PAIUTE TRIBE,<br>Plaintiff-Intervenor,<br>v.<br>WALKER RIVER IRRIGATION DISTRICT, et al.,<br>Defendants. | 3:73-cv-00128-MMD-CSD<br>**ORDER**<br>Re: ECF No. 1147 |

Before the court is Defendants' Motion Regarding Discovery Dispute. (ECF No. 1147.)

Pursuant to the Court's Civil Standing Order, a response to the motion shall be filed on or before close of business on **Thursday, July 23, 2026**. The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED: July 21, 2026.

Craig S. Denney
United States Magistrate Judge