GORDON H. DEPAOLI, NSB #195
DALE E. FERGUSON, NSB #4986
SKYLAR M. MAYHEW, NSB #16930
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: 775-688-3000
gdepaoli@woodburnandwedge.com
dferguson@woodburnandwedge.com
smayhew@woodburnandwedge.com

STEFANIE MORRIS, NSB #11149
CALNEVA WATER
930 Tahoe Blvd., Ste. 802-356
Incline Village, Nevada 89451
smorris@calnevawaterlaw.com

*Attorneys for Walker River Irrigation District*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

WALKER RIVER PAIUTE TRIBE,

Plaintiff-Intervenor,

vs.

WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,

Defendants.

---

MINERAL COUNTY,

Plaintiff-Intervenor,

vs.

WALKER RIVER IRRIGATION DISTRICT, a corporation, et al.,

Defendants.

---

IN EQUITY NO. C-125
3:73-CV-00128-MMD-CSD

**ORDER GRANTING STIPULATION CONCERNING BRIEFING DEADLINES ON PLAINTIFFS' MOTION TO BIFURCATE**

**(First Request)**

1. On October 19, 2026, Plaintiffs filed Plaintiffs' Motion to Bifurcate Case. (ECF 1160).

2. Responses to Plaintiffs' Motion to Bifurcate Case are presently due on November 2, 2026.

3. Principal Defendants require additional time in which to respond to Plaintiffs' Motion to Bifurcate Case.

4. Plaintiffs will require additional time in which to reply to the responses of Principal Defendants to the Motion to Bifurcate Case.

NOW THEREFORE, based upon the foregoing, the Parties hereto stipulate and agree as follows:

1. Principal Defendants' responses to Plaintiffs Motion to Bifurcate Case will be due on November 9, 2026; and

2. Plaintiffs Reply In Support of their Motion to Bifurcate Case will be due on November 19, 2026.

DATED the 27th day of October, 2026.

WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511

By: */s/ Gordon H. DePaoli* _
Gordon H. DePaoli, NSB #195
Dale Ferguson, NSB #4986
Skylar Mayhew, NSB #16930
CALNEVA WATER
930 Tahoe Blvd., Ste. 802-356
Incline Village, Nevada 89451

By: */s/ Stefanie Morris*_
Stefanie Morris, NSB #11149

*Attorneys for Walker River Irrigation District*

SIMONS HALL JOHNSTON PC
22 State Route 208
Yerington, Nevada 89447

By: */s/ Brad M. Johnson*_
Brad M. Johnston, NSB # 8515

*Attorneys for Desert Pearl Farms, Peri Family Ranch, LLC, Peri & Peri LLC, and Frade Ranches*

THE COUNTY OF MONO (CA)
P.O. Box 2415A
Mammoth Lakes, California 93546-2415

By: */s/ Emily Fox* __
Christopher Beck, County Counsel
Emily Fox, Dep. County Counsel
*Attorneys for Mono County*

BEST BEST & KRIEGER
2001 N. Main Street, Suite 390
Walnut Creek, California 94596

By: */s/ Roderick E. Walston* _
Roderick E. Walston, *pro hac vice*
Jerry Snyder, NSB #6830
*Attorneys for Lyon County and Wood Bridgeport, LLC, and Lacey Livestock*

JERRY M. SNYDER, NSB #6830
Law Office of Jerry M. Snyder
429 Plumb Lane
Reno, Nevada 89509
*Attorney for Lyon County*

STATE OF CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244-2550

By: */s/ Nhu Q. Nguyen* _
Rob Bonta, Attorney General of California
Russell B. Hildreth, Supervising Deputy Attorney
Nhu Q. Nguyen, Deputy Attorney General, NSB #7844
*Attorneys for California State Agencies*

STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL
100 N. Carson Street
Carson City, Nevada 89701-4717

By: */s/ Nicole Ting* _
Carson Thomas, NSB #17142C
Nicole Ting, NSB #12289
*Attorneys for Nevada Department of Wildlife*

MINERAL COUNTY DISTRICT ATTORNEY
P.O. Box 1210
Hawthorne, Nevada 89415

By: */s/ Ryan McCormick* _
Ryan McCormick, NSB #15434
*Attorneys for Mineral County*

ENVIRONMENTAL ADVOCACY CLINIC
Vermont Law and Graduate School
164 Chelsea Street
P.O. Box 96
South Royalton, Vermont 05068

By: */s/ Kevin Cassidy* _
Kevin Cassidy, *pro hac vice*

ADVOCACY FOR COMMUNITY & ENVIRONMENT
P.O. Box 120
Arroyo Seco, New Mexico 87514

By: */s/ Iris Thornton* _
Iris Thornton, *pro hac vice*

WILD & SCENIC LAW CENTER
3519 NE 15th Ave., #207
Portland, Oregon 97212

By: */s/ James N. Saul* _
James N. Saul, *pro hac vice*
*Attorneys for Mineral County and the Walker Lake Working Group*

**ORDER**

Dated: October 28, 2026.

IT IS SO ORDERED.



Miranda M. Du
United States District Judge